# Exhibit 1

*Veritas*

**Screenplay / Act and beat outline**

Based on the memoir,
***Finding God Beyond Harvard: the Quest for Veritas***
by Kelly Monroe Kullberg

Kelly M. Kullberg's Draft 3, October 14, 2009,

Note: Treatment (from summer '09) follows Screenplay draft.  Attached.

**Key:**
* =        tentative (eg. Iowa or Arkansas?  Prof. Hightower. )
* or        fact-check (eg. Maxwell's equations)
* or        indicates a thread or phrase that will be repeated earlier/later / to be inserted

**Dialogue** is partial and merely representative / draft.  I haven't written Prof. Hightower's dialogue at all, and won't make him a straw man, but will make him a bit biting, smart even if somewhat 2-dimensional.   At 19, Emily won't be as clever, but will be wiser and more 3-dimensional including vulnerability and strength of heart.  That's a tension between them in dialogue.

## Please Print This Page For Your Records

## Registration Confirmation

**Please print this page for your records.**

## Registration Number : 1438362

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAW Intellectual Property Online Registration Service.

Exhibit 1
Page 19

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

### Registered Item Information:

| | |
|---|---|
| Material Type : | SCREENPLAY |
| Intended Medium : | SCREEN |
| Item Title : | Veritas |
| Filename : | Veritas, Kullberg, WGA.doc |
| Submission Date : | 6/9/2010 3:34:18 PM |

### Registrant/Author Information:

| | |
|---|---|
| Registrant ID : | pq177903 |
| Registrant Last Name : | Kullberg |
| Registrant First Name : | Kelly |
| Registrant Middle Name : | Monroe |

### Credit Card was Charged:

| | |
|---|---|
| Credit Card # : | ██████ |
| Name on Card: | Kelly K Monroe |
| Credit Card Expiration Date(mmyy) : | ███ |
| Credit Card Amount : | USD 20 |

Exhibit 1
Page 20

We value our registrants' comments for making the service more secure and efficient.  Click here to complete our Online Registration survey.

FREE E-MAIL NEWSLETTER
Sign up here to receive WGA.org's e-mail newsletter "Now Playing." You'll get the latest interviews with today's top screen and TV writers and gain invaluable insight into their work, plus a calendar of upcoming WGAW screen and TV writing-related events. It's free and we will never share your information with any other mailing list!
For even more free screenwriting-related content, subscribe to our YouTube channel, YouTube.com/wgadotorg.

Home

**<u>Opening / Title sequence:</u>**
       A young woman's hands, gently unpacking books, clothes, photos. Camera, lenses.
       Soft acoustic (eg. piano / cello) music, giving us a sense of her soul, as she brings parts of herself into her new home.  College.

**Act 1:**       **The Crucible**

**Scene:**       **Moving Into Dorm: Emily unpacks, begins life at college**

Zoom into Emily's face, in dorm room, through leaded glass window.  She stares pensively as

Shot:   in front of dorm, a father unloads boxes from the trunk of a BMW.
       (sense of her isolation.  Others with parents, siblings.  Emily is alone.
       It's too expensive for mom to come from Iowa.  And we don't about her Dad.)

CU:   Emily's face, staring into street.  She sees another man …

Shot:   Another father embraces his daughter, affectionately.  Mother wiping away her tears.

Emily tries to be strong, snap out of it, and returns to her unpacking.  A freshman from Iowa*, Emily Anderson, unpacks and arranges books on shelf (both ancient and modern classics): Aquinas, Augustine, Austen, Campbell, Chesterton, Coleridge, Collins, Dante, Darwin, Descartes, Donne, Edwards, Einstein, Ingels Wilder* :), L'Engle, Lewis, Maxwell, MacDonald, Pascal, Rand, Tolkien…
       Finding God at Harvard (a book she might use to gear up).
       The Handbook of Christian Apologetics.

Exhibit 1
Page 21

Foolishness to the Greeks
Evidence That Demands A Verdict, Josh McDowell
He Is There and He Is Not Silent, Francis Schaeffer
(foretastes of what will emerge in the film, in subtext and/or dialogue).

She unpacks clothes,
          Just below the knee denim jean skirt.
          A few cute new skirts & sweaters for college (gifts from her mom & sister, Ruth).
          Blue jeans.
          Turtle necks, t-shirts, two modest blouses.
          Hiking boots.  Running shoes.  Bike helmut.

She unpacks photos
               Youth group mission trip,
               mud fight,
               barn-raising (purposeful joy)



     eg:
               Church trip: medical clinic, Haiti

Emily unpacks, stares, and sits quietly with a family photograph that includes her father, mother, and four* siblings.
Pan:     She runs her finger over each one of them, slowly, gently.
CU:     She smiles lovingly and then wistfully because something is a bit painful.  (She wonders whether or not to display the photo.)
She puts the photo on her desk, by her bed.  Front and center of her attention.  (For now.)*

Drop back:  she, and we, see how her half of room is set up.  Orderly.  Peaceful.  Uncluttered.
Linens are pleasant purples, blues, crimson, white.  (Her room represents royalty, dignity, "in the world but not of it.")

(Acoustic music stops.  Silence.)

She turns, we see her face.  Looks to other half of the room, Sophia's space.  Opposites. (represents, "reduction of soul to body; competition; lust; banal angst… "the world, flesh and devil" as the only remaining of the original Harvard books calls it. Later*)

Wide shot:  we see the whole room.

Emily, alone, studies the things of her unmet roommate, Sophia Ophelos (name a tragic conflation of the world's wisdom & Ophelia).  Raised in Manhattan and at Andover Academy,

Exhibit 1
Page 22

Sophia is admitted to Harvard more as "legacy" than by merit (her father is an alumnus and major donor). Sophia is the daughter of a Greek-American investment banker whom she hasn't seen in five years. Last report was that he was aboard a yacht in the Greek Isles, conducting his affairs.

Emily walks closer to Sophia's things and cautiously touches some of them. (She can't even touch other things. They frighten her.) This scene is a metaphor for her struggle).

She looks at cultural artifacts:
>*Cosmo* and *Vanity Fair*
>A poster emphasizing the body, hardness of eyes and spirit, disintegration…
>Postmodern, secular and abstract art prints:
>eg. Robert Maplethorpe, Annie Leibowitz, Man Ray, Andy Warhol, Jackson Pollack, perhaps a Gaugin or Picasso.

Clothes:
>Sophia's side of room is a bit messy with clothes out. Emily holds a few tank tops up to herself and looks in mirror. She is embarrassed, but this begs the question: has she missed out on something in life? Has God withheld life from her? Is she as odd as she's beginning to feel, here in the world? Is her modesty "Puritanical" and backwards? (She'll make some attempts, later on, to fit in … to see what she's been missing.*)

Photographs:
>Photos of Sophia & loosely-clothed girlfriends, drinks in hand, with very attached boys.
>Sophia's high school graduation photograph: mother, sister, Sophia, but no father.

Emily:   Ponders the negative space in the photo, the void, next to the mother and girls.


**Scene:  Emily eats alone in dining hall, finishing novel, for fun – *Pride and Prejudice*, by** Jane Austen. Here we get a hint of her romantic soul. (will connect quickly with many viewers)

**Scene:  Discovers the Campus**
Her day begins at breakfast, alone in dining hall. With another book* (insert)

Campus shots – what she sees as she walks the campus:
>Dining hall, statues, famous grads, architecture, Yard. She is in awe.

>Kiosks in Yard (fair rep) with posters pinned on:
>"Bach Society auditions tonight: Sanders Theater, 7:00pm"

>"Hook-up? Rules: No names given. No questions asked. Call…"

>"Full Moon Society: Pre-Christian, Neo-Pagan, Eco-Feminist Wiccan Club…"

>Yard gates, inscriptions, show quickly as puzzle:

Exhibit 1
Page 23

> *Veritas, Christo et Eccleassiae.* (she knows Latin)

Others walk right by, with no clue.  She sees.

**Scene:  Meeting roommate, Sophia Ophelos.**
Option for meeting Sophia, or use later on:

> Emily is in bed.
> Sophia enters, drunk.  Trying to be quiet but clumsy, loud.  (not yet with boy)
> (Sophia will pay the price for living in the world, ML)

> Beat: Enter roommate, brief first encounter. Sophia is a pseudo-sophisticated party girl,
>      tight clothes. Heavy eye make-up.  New normal.
> Behind Emily's back, Sophia later calls Emily "freakish" and a "project" to "reorient."*

**Option:  Sophia says "goodbye" to her mother.**
Sophia's mother, Mrs. Ophelos, has the means with which to stay busy and distracted enough to numb the gaping hole in her own heart.  She travels with friends, paints, attends art exhibits, and tries to be home for holiday dinners in their Central Park penthouse apartment.  When the pain of lonliness becomes unbearable, she knows younger men in the City who will help her feel something loosely resembling the intimacy she always desired.

Mrs. Ophelos:

> "*Sophie*," she says as she drives away:
> *you can usually come home on weekends, dear.  Here's a key.  Just call the concierge*
> *desk to tell him when you're coming.  And* (she winks) *if you'll have a guest. You have a*
> *credit card.  We'll talk later about a summer internship in Athens, or Rome.  What*
> *else?*

Sophia:          *Nothing else.  Never mind.*

Mother:          *Email if you think of anything … love you.* (she blows a kiss)

Sophia:          *Love you, too.…*

Her mother drives off in a limo, to Logan airport.
                 *… Mama.*

Emily goes back to dorm.  Sophia is awake looking hungover. Staring at her side of room. Emily comes in.

**Scene:  Emily looking for job.**
To help pay for school (though she is also on scholarships for both merit and need), Emily finds a part-time job at The Ark Farm for handicapped adults.

Exhibit 1
Page 24

*On cell phone:  "Hiring?" partial conversation, "I can be there in two hours."*

Rides bike through campus to interview for a job. (a few days before classes begin)

She's an athlete so she rides her bike to the farm, twelve (12) miles west of Cambridge, in Concord.  She passes beautiful scenery along Route 2A, Revolutionary War trail, Old North Bridge, home of Louisa May Alcott, Thoreau's Walden Pond …) In winter she might take the bus or train, (but I have friends who ride there in four seasons.)

**Scene: interview our tour / The Ark community & farm for handicapped adults.**
A fastidious woman nearly 60, Abigail, will interview Emily, and show her around. Abigail will emphasize the routines and disciplined labor necessary to maintain the farm and Ark community up to her standards.  (She'll be a foil for Sam, showing us his graces).

Even Abigail admits that this is "a fit" for Emily.  (Emily's little brother, Noah, has special needs.  And, she's used to early mornings and hard work on the family farm.  The Ark reminds her of home where she milked cows, bailed hay, and often slept in a meadow under the stars.  Sleeping in the meadow -- this is how she came to love physics, astronomy, and big questions.  (We'll flash back to that, later.  Stars.  Fireflies and mystery of internal radiance. "How can something glow on the inside, Emmie?"* asks her little brother. )

Abigail informs Emily that her boss will be Dr. Samuel Reisling, "Dr. Reisling," Founder and Director of The Ark.  Her "jobs will include cleaning house and horse stalls, stacking wood, weeding and planting the orchard."  She "may also learn to care for handicapped people." (Among other things, The Ark does Equine therapy and Emily loves horses). … "however Dr. Reisling directs you.  Whatever is needed."

**Scene:  Meet Samuel Reisling**
Abigail attempts to introduce Emily to Sam, though he is deterred.  We first encounter him showing a "friend" (adult community member) how to turn the hose on and off, and it becomes a game of who can spray whom.  We see a childlike twinkle in his eye.  When he visits with Emily, we see a complex, deep soul.

She will work for, be mentored and discipled by Samuel, a contemplative and wise man in his late 50s who sees God in the lives of Ark residents and animals.  Throughout, we'll gain glimpses of his deep kindness.  And purity. Sam is clearly fulfilled in God, never a void (a St. Francis).

**Scene:  Emily explains her courses to Mom, on phone (we sense her capacities here)**
Emily has reason to believe in God and in miracles.  She learns to see, in her imagination and intellect, what is often invisible to the naked eye. Emily is deciding on her "Concentration" in either Physics or Chemistry, with a minor in Romantic poetry of Coleridge and Blake.

Exhibit 1
Page 25

She is also an excellent hobby-photographer, always with a keen eye.  Great device: her photographs (digital so immediately viewable) show us her eye, and will appear, to music, in her final presentation in Debate 3.

Emily on phone to Mom:

*… I work on weekends.  I'll play some concerts, but just pick-up, for fun.*

*(pause)*

*The Bach Society practices every day, Mom.  I can't work <u>and</u> perform.*

*(pause)*

*… so my first class is at 9 tomorrow, Mom. Physics 101.  (pause)*

*No, I didn't test out cuz I thought I should review.  This is Harvard, Mom. Not homeschool.  Besides, Physics is my Major.  I should take all the courses.*

*(pause)*

*Then BioChemistry and History.  Oh yeah, and Humanities & World Lit… I hear that prof isn't fond of people like us. The famous Professor Robert Hightower.*

*(she holds the phone away from her ear because of her Mom's volume).*

*I can't help it.  I <u>couldn't</u> transfer.  It's required, like Freshman orientation.*

*(pause)*

*Yeah, two-semesters … all year long.*

*(pause)*

*Not kidding.*

*(pause)*

*Ok, I'll do my best.*

*You okay, Mom?*

*(pause)*

*You sure?*

*(pause)*

*Yes, I'm making friends.  Yes, church.  Yes, (pause) I love you too. (smiles)*

**Scene:   First week of classes**
Helps us juxtapose all of her other classes with her Humanities class

**Scene:   Physics 101: (brief)**

Exhibit 1
Page 26

We see equations on the board.  In them she sees beauty, elegance, meaning.

Emily writes quickly in her notebook:
> *Why something, instead of nothing?*
>
> *Why is anything here, at all?*

Prof:   *Prior to 1990\*, most physicists postulated a universe without a creation event.*
*More like an impersonal machine of a universe. As Carl Sagan quipped in his*
*PBS Cosmos series, "The universe is all there is, was, or ever will be."  We know*
*now that his theory was wrong.  With the discovery of background radiation, we*
*know that the universe indeed had a beginning, a Big Bang which begat not only*
*space, matter and energy (pause) but* time *itself.*

Emily writes quickly in her notebook:

> *Something here before Big Bang…*
>
> *Out of nothing …  time, space, matter, energy.*
>
> *Genius Artist?  Will /  Word / Logos?*
>
> *Veritas?*

Prof:   *Those of you awake at this hour may be wondering (pause)  …*
*what could have made a universe* out of nothing*?*

*If you discover what, or who, and* why*, (pause )*
*be sure to let me know (smiles).  For extra credit.*

Students laugh.

**Scene: BioChemistry 101: (brief)**

Prof:         *DNA the fantastic code that somehow speaks life into being …*

cut to her scribble in notes, along with drawing of the double helix:

> *DNA …what / Who wrote the Code??*

**Scene: History 101:  (brief)**

Exhibit 1
Page 27

Prof's odd comment, just sound-bytes: revisionist history / cynicism …

"*now is your chance to <u>unlearn</u> what your high schools tried to teach you …*"

Emily:   Looks bothered.

**Scene: Humanities 101:  Meet our Antagonist, Professor Robert Hightower (ala Hitchens)**

Professor Hightower is clever, charming, and confident.  Some in class are chuckling at his subtle but biting wit.

Prof. Hightower:
*… humans, like other animal groups naturally migrate to beneficial habitats to propagate our, well, selfish genes, and increase our prospects for reproductive and evolutionary potential…. And pleasure …*

She looks a bit skeptical, here, but takes it in.  Writes it in notebook.
She also writes:
*Survival of the fittest, only?  …*

*Then why do all human cultures also honor sacrificial love?*

*And not just for their gene pool or tribe?*

A few kids are texting and distracted, but most are sponges, absorbing whatever the famous and tenured Prof Hightower says.  (He sometimes appears on CNN as a social commentator, conveniently when he releases a new book).  Emily begins by absorbing, but she is also awake, and thinking.  Loaded for bear with her good education and reason, she also hopes to "fit in" and leave her recent past behind (she is conflating her earthly father with God/Jesus/Church, and wants to discover her true self, or, if she still is a Christian, to be one under cover.  Perhaps to re-set and experiment with new ideas and ways of being.)

[As you said, Michael, she comes with need to defend faith, because it's all she has.  She will, but I'm suggesting, not immediately, because it must be drawn out of her]. For several weeks, she is quiet and laying low.  (Later, cold-called, she must speak, and be forward into a journey of becoming who she really is.)



Students are charmed by the Prof:

Exhibit 1
Page 28

**Scene:  A friend named Jivan**
There is a particularly bright student in class, Jivan Ramachandra, a gracious freshman from India.  After Humanities class, Jivan introduces himself to Emily and a friendship begins.

**Scene:  Brief scene at The Ark, establishes her routines, Sam's joy, and a parallel universe.**

**Scene:  Emily behind a microscope in a Chemistry lab (reinforce other coursework)**

**Scene:  Week 3, Humanities 101:   build intimidation, tension.**

Prof Hightower (H) is particularly strident today, mocking "blind faith in the imaginary," (Emily is a Physics major who is learning to see and find ways to create images of what is real but invisible to the eye.  She finds his mockery of "the imaginary" irritating.).  "Wishful thinking buffers us from the raw facts of suffering and survival and death …"

Prof H:        *"… comfort of faith-held beliefs, rather than scientific knowledge, in the value of*
              *human life, versus, say, plant and animal life…. Clearly, given limited economic*
              *resources, and exponential growth of human populations, some hard choices*
              *need to be made, and codified, based on utilitarian principles and biological*
              *necessities for survival and the greater good …"*

Emily becomes agitated. "The greater good?"  She begins to gaze into his eyes rather directly, as if looking beneath the surface of his words, to his mind, heart and life.  She is very awake.  She focuses intently, occasionally blinking, looking down to her left (quickly processing abstractions) and back at him intently to glean the implications of his teaching.

He notices her gaze.  They lock into a stare for about 3 seconds.  She quickly looks away, to her notes.

But, given his teaching style (Socratic method), he "cold calls" her:  their 1st exchange.

Prof H:        *…After all, truth isn't objective or absolute, but a living source, maliable to the*
              *greater human good, right Miss …*

He looks at seating chart:
              *let's see, 3rd row, wouldn't you agree, Miss Anderson?*

Emily*:*       *I'm sorry, professor.  (pause for shock) What is your question?*

Prof H:        *Truth serves the good … the greater good …*

Exhibit 1
Page 29

First she's silent. In shock for being cold-called in front of 75 peers.  She tries to wiggle out, but can't.  She panics. * she says:

> *My answer would depend on how you define Truth.  And the greater good.*

Prof H:       *Point well made.  Class, Miss Anderson is questioning my definitions, and she is asking about the greater good.  Any ideas about that greater good?*

Student/Girl 1: *The greater good is clearly tolerance, equal rights … diversity.*

Prof H:       *Surely you can agree with tolerance as the greater good, Emily.*

Emily:        *It depends.  Tolerance of what?*

Prof H:       *Of diversity.*

Student/Girl 1:  *Like lifestyles.  You know, choices.*

Emily:        *Is tolerance the idea that all ideas are equally true?*

Student 2:    *Tolerance is about the rights of people to choose.*

Emily:        *To chose what?*

Student 2, laughing:   *Whatever we want …*

Emily:        *If I love a friend, or even an enemy, should I then tolerate ideas or agendas that deceive and hurt him. It seems to me that I'd want to help him see what's best, and to make choices – that give him the best possible life.*

Prof H chuckles at this novelty:

> *And YOU, Miss Andrews, can decide what gives people the best possible life?*

Emily is silent.  Then she says:

> *I thought you were advocating tolerance, professor?  I think that means allowing a whole range of questions and ideas, and possible answers. I asked a question. The Bible tells me that life and death are before us, and we're to choose life.*

Prof H, condescendingly, with a false smile:

> *Well, class, I admit, I'm not well practiced in dialogue with (pause)* <u>*fundamentalism.*</u>  *Perhaps you're from the Bible Belt?  Or the Midwest?*

Exhibit 1
Page 30

She replies:      *I'm from Iowa (or, Arkansas*) sir.  What you might call, 'fly-over country.'  It's actually quite lovely.*

He says:      *I'm sure it is, Miss Andrews.*

Emily, confidently:      *Anderson.  My name is Emily Anderson.  Call me Emily.*

He replies:      *Pardon me, Emily.  Well, <u>college</u> helps us begin to <u>question</u> what our grandparents, parents, and Sunday school teachers, tried to preach to us growing up.  College is a different kind of truth, Emily.  Veritas.  Not wishful thinking.  But reality.  So, may we end our digression into the archaic past, and return to the 21st century.  And your education.*

She is silent.  Stares at him.  And says:

      *We were talking about the nature of Truth, professor.  True North.  And Truth doesn't change over time, it just finds new ways of guiding and making progress, of giving life, of shaping the horizon of possibilities for the future.*

Students squirm. Some smirk.  All are thinking, maybe she should quit while she's behind.

Bell rings.


**Scene:  Dining with Jivan / The Gospel as Romance**
She is alone, again, and finishing *Pride and Prejudice*.

Jivan says by her table:  *Hello Miss Andrews* (smiles).

Emily:      *Hi, Nishan, I mean Jivan (smiles)*

Jivan:  *So I'm curious (pause) are fundamentalists allowed to read <u>romance</u> novels?*

She laughs at his innocence and says:      *Join me?*

He gladly puts his tray at her table.  She soon realizes that his question was an earnest one, about romance novels.  Emily says:
      *I'm not sure what a fundamentalist is, exactly, but I think they're allowed to read romance novels. Probably even encouraged to read them. (pause) Drawn to them.*

Jivan*:  Why so, Miss Emily?*

Exhibit 1
Page 31

Emily: *(thinks) because the Bible is a romance novel.  It's about a God powerful enough to make the universe, and also intimate enough to meet our heart's longing for deepest love.  Heroism, sacrifice, unending love.  It sounds like fiction but the difference is, it actually happened (pause) through an actual person.  For us.  (pause) It's too good (pause) to be false.*

Jivan: *You mean too good to be true?*

Emily: *No, I mean too good to be false.*

Jivan: *Perhaps in various ways it is both true and false.  Like lovely poetry – a beautiful illusion?*

Emily:  *No, if the hero wasn't raised from the dead, and drawing all who love him into his Kingdom, then it would all be false.  And we'd have no hope of overcoming sin and death.  The human story would be a tragedy.  But it's not.  (smiles)*

Jivan:  *Shall ponder over tofu.  Very curious, fundamentalists.*

Emily: *Just a Christian. A mere Christian from the heartland of America.  Or from anywhere.  Nobody from nowhere becoming somebody, I guess, some day.  Who knows.  (smiles)*

East meets West.
Jivan wonders why Christian would see things in black or white.  *

Walking, and in the dining hall and coffee shop, and John Harvard Brew House, they process life together – an odd couple who evoke humor and insight.  Great conversations help us get to know her.  They talk about school, life, philosophy, love, faith, eventually family.  They agree that the human/soul is not just material.  They disagree about poverty, justice, and karma …)

(ML says, write this for levity.  See their kindness, and personalities, emerge.  Laughter. *
Maybe she tries on some different clothes for his opinion.*  He tries out some new words (fads) on her to feel more "with it.")

They become the closest each has to a college friend.

**Scene:**        **farm / watching Sam's love / joy of people**
        The Ark is another world.  Emily works hard and enters with all her senses into the rhythms of work, meals, seasons.  She sees the light that Sam brings each time he enters a room

Exhibit 1
Page 32

or a situation.  She begins to see the value of each friend in residence, and how they love one another.

While hauling water and hay to horses, she thinks of something Prof. Hightower said that upsets her.  It occurs to her that he's teaching towards a culture of death.  This gives her courage for his next class.

**Scene:  Week 4, Challenge of 3 Debates**

Prof. H says something about no truth (value of life … ).  He repeats point of last lecture:

*… there is no truth beyond ourselves, outside of ourselves …  of course there are*
*economic and public policy decisions being made next year, by Congress.  So many*
*are suffering well into their 80s and 90s, without proper healthcare, and aren't allowed*
*to die with dignity…*

Emily realizes he's not arguing for healthcare, but for euthanasia.
Her hand goes up. She challenges his ideas. She's not a flat soul.  Her heart may be hurting, but her mind is sharp.  She has to speak *who she is*, and about what she simply knows to be: truth, beauty, justice… the value of life.  She must be for life in every way.  It is who she is.

She learns to ask powerful questions, and not to play on his terms.  But she isn't insolent, she speaks with genuine curiosity, truth and grace combined.  She has a lovely way of "wondering aloud" even if a bit intense:

Beat:   Jivan and others squirm, thinking, idiot, "Oh no, she's toast."

She speaks, somewhat sophomorically, but not bad for an 19-year old:

*"No truth. (ponders). Funny.  That's a truth claim, itself, isn't it, professor?*
*I'm curious, do you feel that your claim of 'no truth' is (beat) -- true?"*

She continues:   *"Because if your claim is true, then there is truth.*
             *But if false, then -- there is also truth. (pause)  Isn't there, professor?"*

A few students get it, and chuckle and others continue to squirm a bit.

He doesn't see her as a threat.  Bold but silly to challenge him:
*Miss Anderson, in case you haven't noticed, you're not in Iowa anymore.  You're in*
*Cambridge, Massachusetts with students from over a hundred nations, and various faith*

Exhibit 1
Page 33

*traditions.  Welcome to freshman orientation.  This is not Bible School.  You're at*
*Harvard, for a liberal education …*

She replies:
> *That's what I thought, when I applied.  But is it liberal in the best sense, professor?  Are*
> *we being taught <u>how</u> to think, or just <u>what</u> to think?  And, I'm curious, are <u>you</u> liberal in*
> *the best sense – open to all questions, all mystery and wonder, and all possible answers?*
>
> *It seems like cynics believe everything is false, except for the truth of their own cynicism.*
> *It's rather ironic, don't you think, professor?"*

Many students begin to awaken, sit up, and come to life in her presence.  Some dislike her.
Others are thinking, "Wow, who's that?  I respect her.  She's smart.  She's alive… " And, "I
never thought of that."  And, "I wish I'd said that…"

The professor is caught off guard and irritated.  Students are amused and/or tense.

To break the tension, Jivan, in kindness (but in over his head) tries to think of something to help
Emily out.  A distraction!  What comes to him is:

> *Excuse me, professor.  I'm from India and I must say (pause) this is what I imagined*
> *that conversation at Harvard would be like.  If I may propose an idea, I would love to*
> *hear each perspective, given equal time.*
>
> *You assured us that you are a postmodern pluralist, therefore surely open to exploring*
> *questions from various angles.  I propose a match – say, three conversations, perhaps*
> *debates, with the professor and Miss Emily Anderson.  Hailing from the great state of*
> *Ohio. Idaho.  Iowa."*  (smiles innocently).  *The heartland.*

Emily shoots Jivan a look of death.

Prof. H tries to hide his annoyance.  He likes to hear himself talk, has his recycled lectures and
doesn't want to do new work, a syllabus to get through, and doesn't like sharing time with
anyone; however, he doesn't want to look uncool and as arrogant as he is.

Several assertive class members voice their enthusiasm — perhaps this would be amusing, and a
diversion from so much reading.  It also reduces the probability of being cold-called (a time
filler), so they affirm the idea, happily.

Exhibit 1
Page 34

Jivan says:

> *Very good. Since Prof. H is quite well known, vee vil invite others, charge small fee, and*
>
> *proceeds go to The Ark where Emily works with handicapped adults.  Lovely.*
>
> (something like this to incentivize / guilt their participation).

The bell rings, end of class.  Commotion and, by default, she's committed.

As they rush off to their next class, a few students quietly say, "Hey, thanks," or "good luck, Emily."  Others avoid her, and she hears someone calling her "a freak" behind her back.

The next day she reads about this challenge in the school paper, *The Crimson*, front page.  (A journalist happens to be in Phil 101 with her).

*The Harvard Crimson:*

Title:   *Freshman enters Three Debates with Professor H.*

Text opens: *To benefit The Ark community for handicapped adults, … Emily Anderson*
          *has agreed to debate the eminent Professor Robert Hightower …*

She's stuck.

She goes along with it because her faith is the only solid ground in her life, now that her parents are divorced. She has nothing else. It looks like her mom might lose the farm. (She will try to become an apologist, and to remind herself, as well as others, of God's reality, presence, love. After all, it's why her family wanted her to come to Harvard.)

End Act 1:  Gauntlet is down.

Exhibit 1
Page 35

**Act 2:      The Decline of Emily's heart (Winter)**
(ml:    tension will arise from student body)
        some:  you make more sense than he does
        some:  visceral, emotional stake
        Sophia:  Emily will treat her w/compassion, that will later win her

**Scene: Emily nervously prepares**
        In dorm room, she goes back to her old books.  Logical apologetics.
        Augustine.  Schaeffer.  McDowell.  Dembski.  Moreland and Craig.
        She doesn't know how, or what, to prepare.  She tries praying.  Goes to class.

**Debate 1 in class:  Emily freezes.**
Jivan asks Emily to sit up front.  Emily reluctantly walks down the stairs to a table in the front of
the class where Prof H and Jivan are sitting.  Jivan goes to the lecture podium and speaks into
the microphone:

Jivan:       *Welcome to debate 1 between Professor Hightower and Miss Emily Anderson.*

             *The rules are simple:*

             *Vee are discussing Veritas, Truth, and whether or not Truth is, as Harvard's*

             *founders believed, about God.  Original motto of Harvard: For Christ's Glory.*

             *Later, Truth in Christ and the Church.  Professor Hightower and Miss Anderson*

             *have different  ideas about Truth.  This should make for lively conversation.*

             *Vee begin with my question, and then your questions, about anything at all, in*

             *relation to Veritas.*

             (nods to class)

Jivan reads his introductory Question 1:  about Truth / cynicism / ways of knowing. (insert*)

Prof H goes first with his sophisticated though mildly condescending Postmodern (PoMo) lingo.

Emily responds.  (Not bad. About Truth v. Satire / cynicism.* insert later)


Jivan invites a 2nd Question, from the class.

Student:     *Is humanity made in God's image? Or do we make up 'God' in our image?*

Jivan motions for Emily to respond first.

Emily:       *I believe we're made in the image of God, male and female, with great worth.*

             *For great glory.*

Exhibit 1
Page 36

*C.S. Lewis and others have made the case that we have desires because there <u>are</u>*
*in fact, fulfillments of those good desires…*
*We are hungry.  God has provided food.*
*We are thirsty.  There is water.*
*We are tired.  There is sleep.*
*We are lonely.  There are friends.*
*We wonder and long for significance, for intimacy, for love and eternity.*
*There is God.*
*These desires are signposts that we're a lot more than just a body.  In a broken world.*
*Our human nature is more than animal … we have a spirit that longs*
*for the Father in whose image we are made.  For his home. For joy.  Forever.*

Jivan motions for Professor Hightower to address the question.
*Professor Hightower, three minutes maximum, please …*

Prof:        *In the Humanities, scholars have repeatedly observed the phenomenon of wish*
*fulfillment (pause) for a loving parent, indeed, a faithful father (pause).  As*
*ancient as Antigone and Oedipus, our wishes become complexes, and disorders.*

*We love the idea of our father also as an heroic provider, protector and*
*nurturer.  But, alas, in most species, the impregnator is not a faithful lover.*
*Homo sapiens, included.  Our psyche, our soul, must either be brave enough to*
*stand alone, or, find a crutch on which to lean.  So, we <u>project</u> a desire for an*
*idealized father onto an imaginary friend we now call, God, our heavenly*
*Father… 'God' becomes a projection of the father we always wanted (pause) but,*
*sadly, did not have.*

Jivan:        *Response, from Miss Anderson.*

Emily:        (silence)

Jivan repeats:  *A two-minute response, Emily.  (pause)  If you wish.*

Emily with a faint, thin voice, feeling blind-sided:

Exhibit 1
Page 37

*No response.*

(Hint of back story:  We begin to sense another layer here:  her raw and recent memory of a father who has recently left her mother for another woman, or women.)

Jivan:          *Moving on, for Professor Hightower, next question.*

Student:        … (fill in dialogue*)

Emily will try to respond to several more questions, but her answers will be thin, without coherence and depth.  She will say that she's not feeling well.

Most students are amused, but embarrassed for her.  Prof. Hightower is amused and satisfied.

But, afterwards, Jivan is concerned.  He waits for her, walks her home.  Draws her out in dialogue.  She doesn't choose to talk but needs to be in country and to work.

**Scene:  In tears, she rides to Farm.**  She's at first deflated, "I've embarrassed myself, and God."  She is drawn to Sam.  She stays overnight and begins to sync up with the hard work of the farm and the lovely simplicity of people laughing, of gratitude, of Sam's grace.  Later, when Sam reveals some of Prof H's tactics, she thinks of Debate 2.  Something in her needs to take a stand for what she cannot deny.  But there is a hole in her heart that is getting worse.


**Scene: Social Life – Lighten Up**
Roommate, Sophia, takes her to parties so she can start to "fit in."  "Lighten up…" Emily quietly avoids alcohol and the degeneration of the party.  She leaves early, alone.


**Scene:         classes / campus / alone in dining hall still**
Emily is upset:  the upcoming Debate 2 is on *Crimson* blog, a Facebook Group. She goes home for Christmas "to help mom," but wants to run away and never come back to Boston.

**Scene:  Emily Meets Mrs. Hightower at Handel's Messiah sing-along**
(A Harvard tradition, rather casual / voluntary performance in a dining hall cleared of tables)

        Emily sees sign in Yard:

                *Handel's Messiah Sing-Along,*

                        *bring instruments and voices.*

                *December 10, 7:30pm*

                *Dunster House Dining Hall*


That night, Emily has violin in a case, over her shoulder, rides bike to Dunster House.  A volunteer orchestra is setting up for this annual event.  Fresh dougnuts and apple cider.

Exhibit 1
Page 38

Emily is compelled to play her violin in the Handel's *Messiah* sing before Christmas (students are encouraged to sing or bring instruments), but she struggles to tune her cold violin.  Her name is on a sing-in sheet that helps the conductor know who will play.

Emily is approached by a middle-aged woman who is alone.  She's seen Emily's name on the concert list:

Mrs. Hightower:        *Emily Anderson?  Glad to meet you.  I'm Leah Hightower  (pause) Robert Hightower's wife.*

*Emily surprised:*        *Hi. I'm Emily.  But you already know that.*

*Mrs. Hightower:*        *I'm not surprised you know the Messiah. (pause)  Violin?*

Emily:                *Well, its' been awhile.  I'm a little rusty.*

Mrs. Hightower, ambiguously:    *You're a brave young woman, Emily.*

Emily, nervously and awkwardly:
                *Well, at least young and woman.  I mean, nice to meet you too.*

                *Do you come here often?  I mean, to the Messiah?  Or, to Dunster House?*

Leah Hightower responds:
                *I haven't missed a Messiah sing-along for about ten years.  (pause)*

                *It's a touchstone for me, Emily. A hearth. A light.*

Emily makes knowing eye-contact.    *Yeah? (pause)  For me, too.  Well, we're about to start.*
                *Enjoy (smiles)*

The Messiah begins.  We hear and see close-up of cello, piano, Emily playing violin, solos and chorales:
                *All we like sheep ... have gone astray ...*

                *The Kingdom of this world ... has become, the Kingdom of our Lord, and of his Christ...*

We'll dissolve between Leah Hightower singing through tears, and Emily trying to read the music and play her violin, through tears.

Fade to black.

Exhibit 1
Page 39

**Scene:**        **Emily back home for three weeks, Christmas Break**

Emily walks into house with brother (Caleb picked her up at airport, in truck).  She is swarmed by siblings who hug and kiss her.

Mom, with tears in her eyes, patiently waits her turn.

Emily looks for Noah, her little brother who is mentally handicapped and has a huge heart for his Emily.  He is gently rocking, in the corner.

Her room: see photos of herself, in her room: purity, fun, youth group…
            Mission trips helping people.  Laughter. Awake and alive.

            flashbacks of beautiful childhood / faith
                    VBS, Prayer at bedtime with Daddy

            Juxtapose: campus culture v. her family culture
            Self-absorbed girls        Flash,   Service in Appalachia, soup kitchen
            Grinding music flash        teens around campfire
            Students texting flash      attention to creation or person, fireflies in meadow

            She runs her fingers across trophy "State Champion - Debate"

        Dinner table.  All holding hands, saying grace.
            Seems normal, loving, only no father there.
            flashback, two years ago:
            Dad at head of table, saying grace. Holding hands.

        Around the fire that night making popcorn, reading, laughing.
            flashback:  father reading *Winnie the Pooh*, laughing, darling kids.
            Story of Winnie looking in tree for honey, and bees popping his balloon.
            He falls to the ground, on his head.  (Sam will read this at The Ark, later*)

        Alone that night Emily goes to barn.  She kisses horses and cows.
            flashback:  tractor ride, laughter and joy with her father, as a child.

Emily helps teach the younger kids.  She reads to them great character and adventure books.
Interspersed throughout three weeks:
        Beat:  *Back of the North Wind*
        Beat:  *Voyage of the Dawn Treader*
        Beat:  *Little House on the Prairie** : )  (which book?)
        Beat:  *Swiss Family Robinson*
        Beat:  *The Dry Divide*

Mom reading: *That Hideous Strength*

        Beat:  Periodic Table and math.

Exhibit 1
Page 40

 

 

 

Beats:  kids practicing cello, violin, horns.
Emily practicing piano.

**Christmas:**     **Church: congregation singing …**
Emily flashback:  father speaking as an elder.

**Scene:**       **Emily to feed and ride horses.  Goes to stable.**
Behind barn, near manure pile, she sees some kind of grave with cross on it.

Long flashback:  one night, father at computer / office.  Gets up for phone call.
We hear his hushed voice in background:  "maybe this weekend…"

He's left an ugly website up.  Son, Micah, sits innocently at computer.

Mom walks in, sees the screen and Micah at the computer.
She panics, yells and pulls the computer plug out of the wall socket.

Micah runs to room, crying.  Thinks she yelled at him.

Dad comes back.  Catherine yells at husband, Jimmy.  Fight begins.

Micah locks door, crying, thinks the fight is his fault.

She says, "Again, Jimmy?  First you try to destroy us. Me. Now your sons?"
He's speechless.

She continues, "Who was that on the phone?  I thought you weren't talking with her anymore?"

Jimmy says to Catherine, "I'm not.  Just sometimes…. I have to … "

Enter older brother Caleb to dad "Then get the hell out of here, you *pervert*.
Don't you know what beauty is?  Purity. Not freaking whores!"

Caleb violently rips computer and t.v. out of walls.
First he hurls the computer at his father's head.
Then he drags them outside. (maybe alcohol, too)

Jimmy speeds off in truck.

Caleb wildly digs a hole in ground near barn, smashing them to pieces
with a shovel, and buries them.  Caleb is left exhausted.  Bleeding.
In shock. Weeping on cold earth. Night.

Exhibit 1
Page 41

Later that night: Mom up late, alone at kitchen table.  Silence.  Shock.
Shaking/crying. She thinks all are asleep.

But Emily sees her through crack in door.  And Emily also cries.

**Scene:**      **Establish mother, Catherine Anderson**
Establish her strength, faith, dignity, beauty … from whom Emily gets her deep soul.

Beat    Catherine in dairy barn, horses, strange but she bends or reaches to kiss every
        creature, every day.
        (Sam also does this).

Beat    Later in day:  cooking for children,
Beat    reading,
Beat    baths,
Beat    then again, at night, alone with Bible at kitchen table, in snowstorm.

Set to Peter Mayer's "My Soul,"
Lyrics 3:40 seconds into song, *My Soul*:
                    *So we live this life together, a giant soul and tiny me,*
                    *One resembling forever, one like smoke upon the breeze.*
                    *One the deep abiding ocean, one a sudden flashing wave,*
                    *and counting galaxies like snowflakes, I would swear we were the same.*

                    *O, my soul belongs to beauty, takes me up to lofty heights,*
                    *teaches sacred stories to me, sanctifies my tiny life.*
                    *Lays a bridge across the ages, melts the boundaries of my bones,*
                    *paints a bold eternal face on this passing moment,*
                    *oh my soul.*

**Scene: next day: Emily tells Mom she plans to stay home.  Not return to college.**

Emily to mom:  *It's a waste of time and money, Mom.  Besides, you need help here.*

Catherine:      *Why, honey?  It's not too hard for you?*

Emily, smiles: *No, Mom.  Straight A's and all that.  I like my job with Sam.*

Catherine:      *What is it, sweetie?  I thought you'd made friends?*

Emily:          *People are different there, Mom. They think I'm a freak, a*
                *"fundamentalist."*

Catherine:      *I thought (Harvard) was a place for people who ask questions and think a*
                *lot.  Like you. A place that's open to diversity and to ideas?*

Exhibit 1
Page 42

Emily:          *Yeah, well anyone can believe anything there, as long as they don't
                actually think it's true.  (pause)  And as long as they agree with
                the professor.  Even if he's a <u>secular</u> fundamentalist. You can be <u>that</u>.*

Catherine:      *Is someone treating you badly, honey?*

Emily:          (silence, looks down)

Catherine to Emily, knowingly:
                *Emily, I never knew you to be afraid of a bully.  Or even a challenge.
                Let's give it some time. And prayer.*

Catherine holds Emily in her large embrace, and kisses her head.

**Scene:        Brother, Micah takes Emily to starry meadow on farm**
Her younger brother, Micah, takes her to their favorite meadow where they camped as kids,
watching sunsets and stars and the Persides* meteor shower each August.
(Micah is opposite of frat boy, pure, kind, loving his sister's heart / mind / soul.)

Micah, concerned, bundles her in a blanket and takes her to meadow where he's pre-made a fire.
They lay on blankets and look into the night sky.

Micah:
        *Remember when we were kids ... camping here, Emmie. You'd ask me,
        'Micah, what do you see?'*  (note: Sam will later ask Emily this question)

Emily, flatly:
                *Did I.  I don't remember.*

Micah:          *Try, Emily*.  (pause).  *Try to remember.*

Emily, factually:
                *You have a test coming up or what?*

Micah:          *No.*

Emily:          *Ok, Micah.  We're on a strange blue planet cuz it has water, carbon, elements,
                constants, or else we wouldn't be here at all.  You know, talking and stuff.  Like
                that?*

Micah:          *What else?*

Emily sighs:    *Well, our planet rotates on its axis every 24 hours, and revolves around the sun
                every 365 days.  And its done this for a long time. And we're in just one of
                billions of other solar systems, probably doing about the same thing.*

Exhibit 1
Page 43

Micah:        *I know that stuff, Emmie.  But what do you really see?  What else do you know?
              What's our story?*

She's mildly annoyed at him, partially because she doesn't see what she used to see.  She tries.
And in a moment of raw honestly confesses:

              *I see a big, empty, sky.  Darkness.  Cold. Aloneness. Silence. A flat story.*

Micah:        *That's not what you told me before, Emmie.
              You said only a Genius Artist could make a universe so brilliantly.*

              *Something about everything being tuned and orchestrated like a great symphony
              with a conductor and Composer… for beauty.  For … love.*

              *You said Earth was special, full of life, living in a big story, because God loves us.
              We get to fight evil and sin, and build in the ruins – build a Kingdom of love.*

              *You said we get to be inside all the beauty, Emmie. When Jesus is in us.*

Painful pause.

Micah:        *Well, that's what you said.*

Emily:        *Yeah?  (pause)  Well that was before I went to college.*

(starry sky, fade to black)


**Scene: Ruth: Thou Shall Not Commit Adultery**
Mom and Ruth reciting 10 Commandments in kitchen.  Covet … adultery
beat:    Catherine turns away.  We see her pained face.  "Good, Ruthie.  Keep going."

**Scene:  another day, words with Ruth, Clue to Universe**
         **In horse barn, kids sweaty, dirty, finishing muckin' stalls:**

         Emily says to 12-year old, Ruthann:
                    *Practicing your words, Ruthie?*

         Ruth to Emily, precociously:
                    *No, I'm way too busy.*  (smiles)

         Emily:        *Okay, Missy.  Don't get lazy on me, or Mom.  Let's go…*

         Ruth complains as Emily drags her to practice Greek and Latin root flashcards.

         Emily:        *Photo – graph*


Exhibit 1
Page 44

Ruth:           *Light.  Write.  Photography.  Writing with light.*

Emily:          Meta morph
Ruthie:         Change of form.  Metamorphosis.

Emily:          *Phil – anthro*
Ruth:           *Love.  Mankind.  Philanthropy. The love of humanity.*

Emily:          *Pseudo – sophos*
Ruth:           *False.  Wisdom.  Pseudosophisticated.*

Emily:          *Veri – similitude*
Ruth:           *What?*
Emily:          *Veri like Veritas.  Similitude.*
Ruth:           *Oh, Truth.  Similar.  Verisimilitude.  Something that appears true or real
                (pause) but may not be.*

Ruth for fun:   *Usage:  The pseudosophisticated professor failed to impress my Emily
                with his verisimilitudes.*
Emily:          *Really?  Not bad for a twelve year old.*
Ruthie:         *I've been practicing.  Surprise.*

Emily:          *Bio – Logos*
Ruth:           *Life.  Word.  Biology.  Two meanings: one, the study of life.*
                (pause) *And, two, the Word becoming life.*
Emily, surprised:       *What did you say?*
                (here Emily glimpses implication: DNA as a code consistent with Gen 1
                and God also speaking the universe into existence. Biology/Physics tog.).
Ruth, spunkily: *You know, Logos, Bio.  the Word became flesh and lived among us, full
                of grace and truth. Like Jesus. John 1.  Don't get lazy on me, or Mom,
                Missy.  Is college putting you to sleep or what?  Wake up please. Smell the
                horse poop.*  (smiles)

Emily is beginning to pay attention to her younger sister, and God speaking through her.

**Scene:        Next day.  Mom & Emily discuss – home or college?**

Emily:          *… mom, you need my help.  You can't do it alone. It's too much.*

Catherine:      *God helps me, honey.  We all help one another.*

                *Emily, your heavenly father loves you in ways your Daddy can't, right*

                *now.  He's hurting, too, sweetie.  We need to keep praying for him, okay?*

Exhibit 1
Page 45

Emily nods, sadly.

Emily:          But who is here for you, Mom.  I mean, really here for you?

Catherine:      *When I'm paying attention, when my heart is open, I feel God's love for me, Emily, every day, in the gifts of arms to work, in the rising and setting of the sun, in the birth of a calf, in the sound of the kids laughing and learning, the taste of chocolate, the smell of bread, and when I think of you, becoming the woman you're meant to be.*

Noah looks on, knowingly.

Catherine:      *I'm not saying it's a perfect life, honey. In fact there's a hole in my heart right now, grieving what was.  What could've been.  But it's possible to have a good life without every desire filled, Emmie.  I hope you never have to learn that, but you might.  For this, we have Jesus honey.*

Emily, quoting: *"All things, and all manner of thing, shall be well" (pause) one day?*

Catherine:      *TS Eliot quoting Julian of Norwich\*.  Very good, honey.  That's right.*

Catherine:      *Now we prayed about where you're to be in college, and why. Remember?  That everywhere, in every question, we'd see God's glory. That He's good, all the time.   You pack up and go back where you've Been sent.  Caleb, give Emily a hand, hun.  It's time to go.*

Caleb loads her backpack in the truck.  Either drive or send (air) her back.
She ugs, kisses kids, animals. Mom.
Family circles and prays together, for Emily.
Caleb and Emily drive off in farm truck, for airport.

Mom calls The Ark, asks for Sam Reisling, and gently thanks him "for being like a father to Emily."  (maybe this comes before Emily mentions Mom & Sam). Sam kindly assures her that Emily belongs there, with friends, at The Ark, and he'll look out for her.

Exhibit 1
Page 46

**Winter (February)         The Decline of Emily**
**                         Return to college**

**Scene:**          **Establish simply that she's back in classes.**

**Scene:**          **Bad party with Sophia & friends / big loss**
                   Loud party, harsh music.

Emily tries to "fit in," but on the margins.

Rob, from Humanities class: handsome jock/boy talks with her, asks her to dance.

Emily:          "No thanks,"
she says, but watches other dancers, from a distance. She's friendly, but uncomfortable.  She's
drinking a Diet Coke.

Later Rob asks if she wants another Diet Coke.
Emily:          "Sure."
Rob secretly drops a pill into Emily's Diet Coke can.  Then he gives it to her.
Awhile later, he asks her again, to dance.
Emily:          "Okay," she replies.
Later, she's a bit blurry, and Emily forgets Coke and pours a beer, on her own. A first.
The music pulses loudly, in darkness, shadow, and dance.
Rob eventually gets her to his room in the house.  Ambiguous what happens next, but other guys
are amazed to see the "hot homeschool girl" go hand in hand into to Rob's room.  The door
closes.

**Scene:**          **Sunday morning in Emily's dorm room**

Emily walks in at 5:00am, looking awful, feeling sick and ashamed.

Sophia says to Emily,
                   *Good time last night, Emm?  You didn't tell me you were such a dancer.*

Emily is physically sick and spiritually deflated. She will miss church, and Sabbath at The Ark.
(she thinks she's in trouble but Sam will cover for her if she was supposed to work last night*).

Sophia coldly takes a photo of Emily on her iPhone.
                   *I'll email it to you.  A college memory.  Welcome to the party.*


**Scene:**      **Monday in Humanities class:  the Hot Homeschool Girl / Shame**
Guys before class, laughing: only a few hear, including Professor Hightower

Guy 1:          *... Emily Anderson?  The hot homeschool girl? No way!*

Exhibit 1
Page 47

Guy 2:          *Yeah, for real, Saturday night.  She was wasted … with Rob.*

Emily is absent from class for the first time.

Prof. H's attention is piqued.  He will use it if necessary in debate(s) even if he doesn't know fully, his words will sting her conscience.


**Scene:  Following week: Jivan calls her, looks for her, emails her.  When he sees her after class:**
Jivan, pointedly:

> *Debate 2: Vee can <u>do</u> this, Emily.  We shall prepare.  We shall relax, and*
> *accelerate.*

Emily, sharply*:*

> *I think I need to find a new friend.  Or do my laundry. Or something other than*
> *talk with you. Seeya.*


**Scene:          Debate 2 in Class, following week**

Jivan, brief Introduction then Question 1:
          Good content, momentum. (insert*)

He works "enlightenment," "coming of age" and "sexual freedom" into comments to unnerve Emily.

Then he plays the morality / hypocrisy card.

H:        Data shows no significant indication of moral behavior among Christians that is different from behavior among those who identify as secularists, atheists …

Then hypocrisy of religion thru ages.  "The same as everyone else, just don't want to seem so."

Demoralizing. Emily is wiped out by shame. Prof H's used his comments about immorality and hypocrisy to deflate her heart (therefore her voice), as she was gaining strength.  She feels despair, "a hypocrite." Has nothing left now.

See boys laughing.  She is wiped out again.
(See *pages 121-126 top half, Chap. 10, cabin FGBH.   God?  God who? )


**Scene:  The Ark, keep rhythm of work / school going, and relationship with Sam**

Exhibit 1
Page 48

Sam asks her:          *How was it, Emmie?  Your second debate?*

Emily, flatly:          *Don't ask, Sam.  Just tell me what work to do.*


**Scene:  back on campus, Bad News re: Debate 3 in larger auditorium**

After class, in dining hall, Jivan looks at *The Harvard Crimson* with shock.  Tries to hide it.

Emily:          *What?*

Jivan:          *Nothing what.*

Emily:          *What's wrong?*

Jivan:          *About Debate 3.*

Emily:          *There is no Debate 3, Jivan.  I told you, I'm done.*

Jivan painfully, apologetically hands Emily *The Harvard Gazette.*

      Headline:          *"Debate 3 Moved to Memorial Hall."*

           *Professor Robert Hightower will release his new book, "The God Illusion," at the*
           *third and final debate with Christian apologist, Emily Anderson, Friday, May 20.*
           *For additional seating, the debate was moved to Memorial Hall which seats*
           *1,400.*  CSPAN Books, CNN, The Boston Globe *will join* The Crimson *in*
           *reporting on the… debate with Christian apologist, Emily Anderson.*


Emily looks ill, as well as deflated.

Jivan looks ill, with and for her.

At this point, she's done with debates.  And likely with college.  All she thinks of is going home.

Jivan after, over lunch:

           *I still did not see my Emily.*
           *Your head arrived.  But not your heart.  To where did my Emily go?*


Emily:          *He played dirty, Jivan.  How did he know about me?*

Jivan:          *You?*

Emily is ashamed:          *Nothing.*

Jivan:          *Something.*

Exhibit 1
Page 49

Emily:          *I gotta go.*

Hops on bike.

Jivan following her out door.  She's beyond his knowing, his help:

>    *Emily, how do I help now?  Quantum theory says that vee change from inside, out.*

>    *Life is bigger (pause) on the inside.  Much mystery, Emily.*

She disappears down the street.

Jivan to himself, sadly:  *Much mystery, Emily. (pause) Much sorrow … in your heart.*

Exhibit 1
Page 50

**Act 3:        The Rise of Emily Anderson (Spring)**

**Scene: The Ark / Emily's Shelter**
**Strangely, Emily arrives at The Ark on a class day**, not on a weekend when she normally works.

Sam welcomes her, gladly. ( He clearly loves her. ) He makes tea for them, both.  They sit.  She is quiet.  Has a harder spirit.  She asks if she can work extra hours.  She may not stay in school but wants to send money home to her Mom.

Sam asks her to clean out the large fireplace/hearth in lodge living room, where they are sitting.

Emily finishing, dirty:
            *Done, Sam.  Anything else to do?*

Sam:        *Not clean enough.  Keep going.* (smiles)

Emily thinks it's an odd request, but does it anyway.  Then says:
            *I'm done with the fireplace, Sam.  It won't get any cleaner.  Anything else?*

Sam:        *Now that you're getting good at it, there are six fire pits out back.*

Emily looks a little shocked at this request (cleaning out fire pits?) but then goes to work, finishes at sunset, filthy and tired.  She heads for the shower.

Later, Emily joins back of the living room where residents are by the fire with hot chocolate, listening to Sam read aloud, *Winnie the Pooh*.  They are delighted. (Story of Winnie looking in tree for honey, and bees popping his balloon. He falls to the ground, on his head. Emily's Dad read this to her, years ago.)

Emily feels the nearly forgotten sense of delight, briefly, but then returns to her hardened heart and numbness.  Her new normal.

Sam finishes Pooh.  And opens up the Bible to Luke 4 / Isaiah 61:
            *Jesus said …*

            *The Spirit of the Lord is on me, because he has anointed me to preach good news to the*

            *poor, to bind up the broken-hearted …*

            *Praise instead of despair …  beauty, instead of ashes\**

They read say prayers together each night.  Several friends pray really sweet and "knowing" prayers for one another, including Emily.  (She's never been there on a weekday night and is witnessing this for the first time, though it is an essential and wonderful rhythm of family life here). Sam's closing words each night are, "Christ has died.  Christ has risen.  Christ will come

Exhibit 1
Page 51

again.  In you we place our heart of hearts.  Amen," signifies time for bed. They leave for bed and give Sam and Emily hugs.

Friend 1 hugs Emily and says, as he goes to bed:

*Thanks for making fire for us, bright and beautiful, Emmie.*

Sam and Emily are now alone by the fire.  Others are now upstairs in house (Abigail runs things upstairs).

Sam says:          *Yeah, thanks for your work, Emily.*
                   *Fire needs oxygen. A fire has to burn clean (pause) to burn bright.*
                   *Doesn't it, honey?*

Emily, blank stare into fire.

                   *I guess, Sam.  Whatever.*


Sam:               *Not "whatever," Emmie.*

                   *A hearth (pause) is like a heart.*

                   *If cleaned, given fuel and oxygen … if the heart knows its loved,*

                   *the fire can burn again.  Can burn clean.  And bright.*

Emily gets his point:      *But it can't, if it's filled with ashes.  Right, Sam?*

Sam:               *What kind of ashes?*

Emily thinks, begins to feel:
                   *Sorrow.  Regret.  Anger.  Shame.*

Sam:               *It doesn't need to stay that way, Emily.*

          Pause
                   *You wanna tell me about it, honey?*

Emily melts down, into tears.  She sits on couch next to him, side by side, and cries into his chest.

Sam will realize that Emily needs, above all, to forgive.  And be forgiven.

Emily:             *But how, Sam?*

Sam calms her:     *Shhh, honey.  It takes some time.  Rest.  God will show us.  Sleep tonight.*
                   *Rest.*

Exhibit 1
Page 52

**Scene:   Office Hours:  Jivan concerned about Debate 3, and learns about Professor's
Affair / Hypocrisy**

Jivan wants to cancel the spectacle of Debate 3.  He takes initiative to talk with Hightower.
(note: Jivan and Emily have already met the wife of Prof. Hightower at a campus event*).
Jivan visits H during office hours, afternoons, when he is supposed to welcome students. Music
is playing but door is locked.  Waits down the hall, patiently.  30 minutes later Courtney, the
Teaching Assistant, opens the door and slips out of H's office, into hallway.  She doesn't notice
Jivan.

Next day:  Jivan returns to his office again.  Same thing. Jivan waits but he believes H is there
because he's seen Courtney, after class, go into his office.  A female grad student is waiting next
to Jivan.  Light conversation begins.  After thirty minutes Courtney leaves, this time buttoning
the top button of her blouse and tucking it in.  She turns and walks the other way, and does not
see the two waiting students, down the hall.

The other waiting (grad) student quips to Jivan:

> *apparently that's how Hightower's teaching assistants get the job.*

Jivan looks at her (she's serious and believeable), but he doesn't respond.  He goes to office
door.  Prof. H door is still closed but in a minute he opens it, feigns interest, but is a bit
disheveled.  He turns off the Kenny G jazz sax CD.  And asks how he can help Jivan.

Jivan shows Hightower the cover of The Crimson:

> *Professor, I'd like to talk with you about the debates... and ask you to cancel Debate 3* in
>
> *which you'll announce your book.  It's a set-up for Emily to fail.  She's my friend.*

H will refuse, because he wants an easy challenge and the media attention on his book.  And
him.  The guy loves a microphone, and a camera.  But his reasoning with Jivan sounds like:

> *I think it's important that we give Emily another chance, Jivan.  And canceling would*
>
> *teach her to be a quitter, and not honor her commitments.  Is that what you want?*

Jivan will try to reason with him:

> *Professor, she did not sign up for a media event.  She didn't even sign up for a class*
>
> *event.  It's my fault, was my dumb idea.  She's doing it for The Ark, for God, but now*
>
> *and not even that is enough.*

H:     *I'm sorry Jivan. I understand your concern but, at this point, (he looks at paper),*
>
> *nothing can be done.  See you there.*

Exhibit 1
Page 53

Hightower rises to show Jivan to the door.  On the way out, Jivan intuitively looks into the trash can by the professor's desk.  He sees a condom package, torn open.  (*decision: does Prof H see that Jivan sees?)

Exhibit 1
Page 54

**Act 3, Spring:  The Rise of Emily**

**Healing journey with Sam:**
She will speak of her father.  And her professor.  And the party. Of her sorrow for her Mom and siblings … and of her own heart that <u>rarely feels wonder, or worship,</u> any more.

Next work project:     The vineyard / orchard.  Preparing for Spring.
Sam has her dig out roots / enjoying the fruit is when he explains)

Roots:
        But first we have to get weeds out.  And bitter roots.  Not easy.  Let's get started.


Winter becoming Spring:
She vaguely confesses  to Sam what happened before Christmas.
        "There was this party…. beer, music, I was confused … feel so (beat) dead."

        He embraces her. Gently asks first about her father.  Deeper issue. Root.

        Few words, but he walks with her to the vineyard.

        Anger: **Water, weed, plant**.

        Sam asks her, "Favorite fruit?"  "Grapes."
        "Well, then we have some weeding to do, first.  Then we'll plant."

        She does a bad job weeding.  Its dry, and she's not pulling up roots.

        Sam: shows her to water first.  Makes it easier to get root.
        Otherwise weeds, thorns, come back over & over.  Choke out new life.


QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.


        Spring:
         (later she'll ask why grapes haven't come up yet, in Spring.
        "Time. A holy darkness beneath the surface. A seed has to die to itself, to its aloneness and shame.  Its sorrow. Before it ripens into its fruit. Its calling."

Exhibit 1
Page 55

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

Emily sees, in the life of Sam, and in his deeply kind face, why Jesus matters.  What her childhood faith was really about.  And that her frail earthly father does not disqualify the goodness, truth and beauty of God the Father, Son, Spirit.  It's just that her own Dad is like the rest of us, needing grace.

**Turning Point:  Dialogue with Sam and Emily, before Debate 3:**
**from "forgiving God" to God's desire to forgive and love us.**
**"Belief, help Thou my unbelief." …**

Sam:   *The Father is good, honey* (he might have a special term of endearment just for Emily).
*He sees you as his pure and blameless bride.  He adores you...*

Emily, in tears, angry meltdown:
        *Maybe he's not good, Sam.  Maybe he leaves….look what he did to his own son.*
        *Where was he when he left my mom with five kids and …* (tap into her anger, here)
        *Where was he at the f----- stupid party ….*

Sam:
        *"His son chose it, honey. He had to reverse the curse.  The better Adam who took the*
        *thorns of the Fall into himself. Because of love.  Love kept him on the cross, sweetie,*
        *not just nails.  He watches over you with singing. Maybe HE thinks YOU hung the*
        *moon."* (smiles).
        [resource: http://www.intervarsity.org/gfm/well/resource/our-father ]

Sam takes her hand, places it on the grape vines:

        *"But you can't give what you haven't received.*

        *The Vine feeds the branch.  Or else the branch dies.*

        *It's what you learned in Sunday School, Emily. Remember your childhood, sweetie.*

        *He's true even on the far side of pain and complexity.  And it's even true at Harvard.*

        *Veritas (pause) is a Person.  True Vine.  The Life-Giver.*

        *He is both the Truth (mind), and the Way (of the heart )*

Exhibit 1
Page 56

*God's Word, like seed, used to be <u>on</u> my heart.*

*When my heart broke, it fell <u>inside</u>.*

*Now, darling girl, remember your heart.*

The seed drops from head to heart.  Her heart, and mind, begin to heal.  Her anger begins to melt to surrender. …

**Turning Point:  her walk in the wildlife sanctuary resolves and walks us through her process of surrender …**

See page *126-128 "Red Barn Run."  Chapter 10.  Pain. Walk in woods.

<u>**Forgive:**</u>         <u>**Pivot: Emily opens her heart / rises**</u>
               **Red Barn Run: from FGBH Chapter 10-ish**

               **Alone, Emily & God, root of bitterness & sorrow removed**:
               Walk alone in woods
               She sees exquisite beauty and orchestration of creation in wildlife
               sanctuary at sunset.
                              The lilting harmony of songbirds, a timbered chorus.
                              Rising tide.  Melting snow.
                              Creatures changing shifts.
                              Venus above the crescent moon …

               She realizes that she, alone, among creatures, stands against God in rebellion.
                              She falls to her knees, forehead down in mud, fighting nausea.
                              Slowly, she chooses to forgive:  father, frat boy, and herself.

               Scorning the shame, she chooses to believe that God could still use her.

               And she feels in <u>her heart</u> a love for God, and a joy in his beauty, love, glory.
               She doesn't just "believe."  She now KNOWS.

               She rises slowly, and soul-clean.  Alive, more than ever. After healing:

<u>Plant:   Another metaphor:</u>
                              Ground is clear.  Soil is rich.  Now, we plant for Spring.

               Certain plants only flower for a year.  "Annuals"
               Other plants, Emily, bear fruit, for a lifetime, "Perennials."
                              That's God's seed, his plan for us, honey.  Perennial.

**Scene:  she rides bike back to campus, Awake!**

Exhibit 1
Page 57

Song, by Peter Mayer, *Awake*
While riding from The Ark, through beautiful countryside, back to Harvard/Cambridge:
  She jumps off bike, throws some clothes off (maybe has shorts and modest
  sports bra on : ),  jumps into cold pond, emerges with a scream / joy.

  Pulls out camera (Nikon with small but strong zoom)

*All the splendors of creation, very happy, that you came…*
*cuz they needed, someone to see them, and you my child, are awake.*

*To perceive these, wondrous things*
*To count the wings, of a blackbird's wings.*
*To tell a story …*
*And dance, and sing …*

Develop into end:
A student of both science and literature, Emily is a romantic soul.  And she understands the

Gospel as sacred romance.

  After work: bikes to and dives into Walden Pond, laughing.

  Red canoe, Concord River in Autumn.  With friends.

  She sees God in faces of mentally handicapped adults and children.  Eternal beings.

  She lights a candle at night to pray in dorm room.

Exhibit 1
Page 58

**After healing, joy of The Ark and Spring, she will transition / agree to finish debates.  Her
fire begins to burn, again.**

**Scene:**          **She studies with Jivan. John Harvard Brew House**

Jivan:          *… the thing is … my Emily never showed up for Debate 1.  Or Debate 2.*

               *What do you call it, Evasion of the Body Snatchers?*

Emily, blank look.

               *Invasion, not Evasion.  And yes, I was not there.   But I'm here, now, Jivan.*

               *I'm back.*

Jivan, pointedly: *You can <u>do</u> this, Emily.  Vee shall relax, and accelerate.*

Jivan:          *Just relax into who you are. Speak how you think, and feel.  Not how*

               *others think you should think.  And feel.  Know on the <u>inside</u>, Emily.*

Emily:          *Easy for you to say.  They don't label you.  The "F Word"*

Jivan doesn't get it.

Emily:          *Fundamentalist.  Evangelical.  Class Christian.  Never mind. You wouldn't*

               *understand.*

Jivan:          *No? (pause)  In India I was labeled.*

Emily:          *O yeah?  Labeled what?*

Jivan, looking oppressed:        *Handsome, sexy Indian genius.*

Breaks tension.

Emily:          *Yeah, let's see.  At first I was called "gay" because I don't date. Then a "hate-*

               *monger" because I believe in waiting for heterosexual marriage.  Let's see what*

               *I'm forgetting, O yeah, I'm a tree-hugger for not working on the Sabbath, but*

               *being in church and in the woods, in creation.  Oh yeah, and a "freak" for*

               *speaking out loud about truth.  I probably missed something.*


Jivan:          *America is most confusing.  Land of free and brave (pause) unless one is free*

               *(pause) and brave.*

               (pause while he thinks)

               *Vee must help them to know you.  To see you (pause) like I see you.  Very smart.*

Exhibit 1
Page 59

*Shall practice.  Maxwell's equations.  Schroedinger's equations. Periodic Table.*

*Laws of Logic as well as Thermodynamics.*

Emily:      *Are you serious?*

Jivan:      *One sharpens her saw. Easier to cut wood.*

Emily:      *How about rock?*

Jivan:      *Sharper still.*

Emily:      *How 'bout a professor's bullcrap?*

Jivan smiling:    *Much harder.  (pause) Every night, here.  Eight o'clock, sharp.  No excuses.*

**Character Development: Emily**

      We see now that Emily is making some Christian friends, perhaps through the campus fellowship.  Together, with Jivan, they sneak into the astronomy observatory late at night and we see through the telescope: the rings of Saturn, Venus, Mercury.  She brings friends to The Ark for a sleigh or hay ride, apple picking, camping under stars, sledding (Jivan's never seen snow*). These are quick scenes, a montage to establish joy.  We begin to see the real Emily.  <u>Alive and a life-giver.</u>

              Other locations could include:
                    Chemistry lab
                    Harvard Yard or nearby woods, Charles River (botany)
                    Boston Museum of Science
                    Fogg Art Museum (art / history)

**Scene:  Emily & Jivan Prep for Debate 3 / Sharpen the Saw: John Harvard Brew House**

Fade in and out of them writing equations on paper / bar napkins into the night. Drawings.

**Part A: Boston waitress takes their orders:**

Emily:      *Diet Coke*

Jivan:      *Hot tea, please.*

Waitress a bit surprised, no alcohol (others around them drinking beer).

Jivan:      *Tofu, curry and weg-et-ables, thank you.*

Waitress:      *Sorry?*

Jivan innocently:  *For what, sorry?*

Waitress:      *Wadgeya orda?  Food with widgets?*

Jivan:      *I'm sorry?*

Exhibit 1
Page 60

Waitress:          *For wadga sorry?*

Jivan:             *Perhaps we should begin at the beginning.*
Emily trying to suppress laugh.

Waitress looks at Emily:
                   *Can ya help me hea, hun?*
Emily:             *Sure.  My friend would like tofu with curry and vegetables.*
                   *I'd like a hamburger* (pause, looks at Hindu Jivan) *I mean a chicken sandwich.*
                   (She doesn't know and errs on side of not hurting a sacred cow ).

Waitress to Emily:      *You gottan accent, too.  Wea ya from?*
Emily:             *I'm from Iowa.*
Waitress, informatively:  *Out hea, we call it (pause) Ohio.*
Waitress takes menus and walks away.  Emily and Jivan smile at one another.

Jivan says:        *Now, finally, vee begin.*
        He writes on paper:    $E = MC2$
        He says:               *Explain.*
Emily:             *You can be so bossy.*
Jivan:             *Ok, how's this …  Explain* (pause) *please*.  (smiles)
Emily:             *Energy equals mass times the constant, squared. * …*
Jivan:             *Very elegant.*
Emily, smiling: *Thanks.  I thought of it myself.*

Jivan:             *Are all things relative?*
Emily:             *According to Professor H, yes.  According to Einstein and most physicists, no.*
Jivan:             *What is constant?*
Emily:             *The speed of light.*
Jivan muses:       *Light and truth.  Yale's motto. Lux et Veritas. The Yalies got something right.*
Emily, smiling:  *Lucky guess.*

Exhibit 1
Page 61

Jivan:          *Is relativity in physics the same as relativism in moral law?*

Emily:          *No, Einstein insisted not.  He originally called it his "theory of <u>invariance</u>")*


Jivan looks puzzled.    *My holy book says, reality is illusion. Subjective. Your Einstein disagrees?*

Emily:          *Correct. And what also amazed him was that our minds corresponded to*

                *a real universe. As if we were fine-tuned to know, and respond to, the mysteries of*

                *creation, and the mind behind it.*

Jivan, blank look.

Emily:          *Like the universe was meant to be here.  And we are meant to know it.  (pause)*

                *And the One behind it all.  Maybe not only his mind, but also his heart.*

*Jivan:*          *Very many clues. Conspicuous.  Most intriguing.*

Emily:          *A lot of the great scientists are Jews and Christians.  They had privileged*

                *information. Galileo and Copernicus saw in Scripture and in the skies that the*

                *<u>round</u> earth revolved <u>around</u> the sun. (a heliocentric, not geocentric, cosmology).*

                *Blaise Pascal discovered how frequency creates sound.  He also laid the*

                *foundation for computing. Isaac Newton, laws of physics.  Michael Faraday.*

                *Maxwell\*.  Francis Collins' Human Genome Project.  Schroedinger's\* quantum*

                *equations. 21st century science is confirming God's brilliance, Jivan.  You with*

                *me, boss?*


Jivan, still blank/amazed stare.  A lot is going on behind those big brown eyes.

                *Not bad for fundamentalists.*


*Emily:*          *I feel .. it's not only to know God's thoughts, but to enter <u>into</u> the beauty, to*

                *<u>worship</u> the One behind it all.  To join the intimacy of the Trinity, himself.*


Jivan, staring blankly. Wide eyed.


Emily:          *Beyond science and math, think of all the <u>beauty</u> inspired by Christ, Jivan.*

                *Michaelangelo, Rembrandt, the architecture of Christopher Wren …*

                *Monastic chants, blues and gospel of slaves that later became jazz,*

Exhibit 1
Page 62

> ...
> *orphanages, hospitals, colleges, the abolition of slavery in India and the British*
> *Empire...*
> *Did I tell you that I met H's wife at the Messiah sing-along?*

Jivan, still blank says,          *Please, repeat.*

Emily:          *I met Leah Hightower at Handel's Messiah before Christmas.*

Jivan intently: *The professor is married?*

Emily:          *Yeah. Why?*

… (Jivan may tell her about Courtney and the office hours scene, here)

Where, to whom?

Emily tells Jivan (or Sam) about her trip home. And Ruth's second definition of Bio Logos, the Word becoming Life. Emily might become an Astro major, Jivan Chemistry, and when they talk they realize Big Bang jives with DNA. Cool discovery for her, for him too. (read reasons.org and Lang of God)

He realizes that the nature of his sacred text is not the same as hers. She says hers gives her specific, privileged info, that makes sense of universe. And university (re: humility, wonder…. Discovery, hope).

> *You mean, you think the universe, and your Book, have the same Author?*
> *Yeah, she says. The same Word.*

(she remembers and whispers as if to self, getting it finally, from Sunday School in Iowa,

> *"In the beginning was the Word … and the Word became flesh, lived among us, full of*
> *grace and truth."  And he's alive, still.*

If she's weren't also beautiful and feminine, and earthy, I would call this "Nerd Humor." But it's not. They're just having fun, getting giddy as it gets later.

Exhibit 1
Page 63

Joking around:              drawings…


Jivan draws a stick-figure of a nerdy professor (Einstein) and writes:
                                *Now class, time is what keeps everything from happening …*
Emily finishes:             *… all at once.*
They crack up laughing.


Emily writes:           *Time flies …*
Jivan:                      *like an arrow.*
Emily writes:           *Fruit flies …*
Jivan:                   *like a banana.*
Jivan, smiling brightly:        *that joke made it all the way to India.*
Giddy laughter, fun.


Jivan stops laughing and says like a stern older brother:
                                *Now, Miss Emily, vee go back to work.*
Emily looks annoyed but obeys.

Jivan:                  *… right so astro physics helps us see the very big.*
                        *And quantum physics help us measure what is too small to see (pause).*
                        *Though it's real.  Beneath the surface.*
Emily:                  *Essence.  Source.  (pause)  Veritas.*

Exhibit 1
Page 64

**Scene  Sam's Story:  from The Ark to Harvard**
**Character Development:  Sam helps Emily gain confidence, grace and voice…**
Sam and Emily finish work.  He invites her to ride with him "into town."  "I have something to
show you." She looks confused but knows to trust him.  He throws a tweed jacket over his work
shirt & khakis.  She throws her bike into the back of the truck.  And they drive into, of all places,
Cambridge (a first for them, together).


A hint of "National Treasure"
Sam and Emily explore the dark and dusty college archives, where the essence and founding
drawings, mottoes, shields are housed.  Tight security, as Houghton Library literally is.
(FGBH *pages 52-53, and my own "Sam" was Vera Shaw, who showed me things.)


She looks amazed -- how well he seems to know campus. He leads her to a musty room and turns
on the lights revealing the beautiful woodwork and largeness of Sanders Theater, where Debate 3
will take place.  Light pours in through windows, illuminating the stage wall, on which she reads
Harvard's ancient seal and motto:

> *Veritas, Christo et Ecclessiae.*

> (and the original motto)  *In Christi Gloriam*

Sam whispers:
> *If not for our Jesus, Emily, neither the universe, nor this university, would exist.*

> *Take heart, friend.  Be of good courage (pause).  I'll help you prepare.*


He does.  It turns out that Sam was a brilliant professor of philosophy (eg Dallas Willard), who
knew Prof H as a cocky grad student, years ago.  Sam found the university to be sterile, fallow,
(like a Petri* dish compared to a body/culture) and chose instead to work with his whole being:
hands, head, heart… the Ark.  He wanted to "choose life" by seeing and celebrating the value of
lives God placed before him in community.

He then shows her the ONLY book (in actual history) to have survived the fire of 174*.  It still
resides behind glass in Houghton Library (rare books), a bequest of Rev. John Harvard,

> *The War between God, the Flesh, and the Devil… and Means of Victory.*

(Possibility: if not here, for sequel film:  An Ivy League / New England day trip:
> Princeton day trip, *Vitam Mortuis Reddo* (I restore life to the dead)
> Yale:  *Lux et Veritas* (Latin translated from the Hebrew words that high
> priest wore on his robe, referring to God's "light and truth")


(Plot could thicken: Their snooping around archives, has an opponent who finds out. Who
threatens her. Sam knows from experience.  (Kelly, too).  Fires her up, more.

Exhibit 1
Page 65

**Debate 3: …  Emily's RISE**

**Memorial Hall is stirring & packed with students, faculty, media…**
Begins with some spectacle, media people with microphones talking to cameras, a few
radical/liberal protestors (develop reason*) / commotion, hecklers, but overall becomes civil.

Stage:          2 podiums with microphones, close enough that there is some interaction, glances
back and forth.  Jivan is at a small table between them.
Jivan welcomes people, gives an introduction of the event.  Rules.  Q&A to follow.

Banner on podium, and shields on stage wall, read: ***Veritas***: ***Christo et Ecclessiae***
Veritas shields are highlighted.  An elegant Persian carpet is on floor (I used to use this :).

Emily's mother has come, amazingly.  She is greeted by Sam and Daniel, from The Ark, in back.
Sam hands Emily a note,
          *Isaiah*Arise, shine, for your light is come.  And the glory of the Lord has risen upon you.*

          Or,      "anyone in Christ is a new creation …"
          Or,      "the Word became flesh, full of <u>grace</u> and truth."

          The note is signed, "All our love."  She tears up, looks into audience, realizes that her
Mom, Danny, and Sam are sitting together, in the back, and there for her.

Mom gives her a note from Noah:
          *Remember the fireflies.*

Flashback (she closes her eyes, puts hand either to forehead or to heart, which might visually
indicate an effort to remember and to see the memory coming to her):  Micah (or Noah) in
meadow:   Stars.  Fireflies and mystery of internal radiance.

Noah & Micah, watching fireflies in meadow last summer:
          *How can something glow on the <u>inside</u>, Emmie?*

She said:      *God gets inside of us.  We get brighter, like fireflies.  And sparks.  And stars.
          (pause)  Like fire for warmth, and light.  Like fire.*

Device to abbreviate:  Dissolve / time lapse to give sense of discussion / back and forth.

Integrate their visual images:
          (Hubble photos, suffering, war, DNA, hurricanes, compassion…)
          (note to self:  Imagine one of the greatest Veritas events, ever. )

Opening:
Prof H, confidently:

Exhibit 1
Page 66

> *The true scholar … looks honestly at reality, Veritas, and sees among the good also the end – corruptive power, evil, suffering, death, concludes there is no God, no Author to the Story, no Story but the ones we make up …*

Looking up, Emily takes the microphone, lowers it, and begins, kind and clear:
> *The true scholar?  He or she isn't a person of great knowledge, but of great humility.  That makes him curious, hungry to learn … alive.  More interested in the questions than his present perception of the answers… "*

She draws on a black board a large circle.
> *"Let's say that this circle represents all of that can be known to us, professor."*

She walks over and hands him the chalk.

> *"Would you draw a circle within that circle, representing how much you know?"*

Awkward.  He begins to draw a small circle (about 10% of circle), then erases awkwardly, makes it 5%.

She takes chalk and marks the smallest, almost imperceptible, dot.

> *"That represents me.  My guess is that Einstein's dot would be even smaller."  As mathematician Blaise Pascal said, "Reason's last step is the recognition that there are an infinite number of things which are beyond it."*

> *Most of what is really happening is mystery to us.  We're let in on some of it, if we're awake.  When we do the good truth that we already know, more is revealed.  We're invited…in.  Into the beauty.  Into the good Story of the conquest of evil and sense of meaninglessness, into the work of healing, of learning, of law and business and design, of teaching and farming and painting and dancing…into the love that is the Kingdom of God.  And the life of the Trinity, Father, Son and Holy Spirit.  That is Life.*

(Humility established).  Emily drops into 5th gear, firing on all pistons. She comes with heart and head, body.  Whole person.  Wise beyond years.

Note: after Jivan's questions, the format could be that students come to microphones to ask questions.  More dynamic.

Question:  Science and faith?  See page 49, 133-137, FGBH for ideas here.

H:        (argues for their differences )

E:        *Scientists have answered ten of the fifty questions God asked Job, a few thousand years ago. They're still working on Darkness, quantum physics at the sub-cellular level … mystery.*

Exhibit 1
Page 67

Question:  *World religions really about the same?*

H:       *World religions really all the same, and not of much help to modern tech. age…*

E:       *All the same, except for value of creation, humanity, solution to evil, sin, death, hope*
         *of healing, redemption, resurrection, eternal life, human flourishing and progress,*
         *BioEthics, hell and heaven….That's all.*

Audience laughs, a bit nervously.

Question:  *Isn't Christianity of many myths?*

H:       Prof H will take a major shot on myth (think of my debate at Haverford).
         Arrogantly, confidently, "Emily believes in the story that a Creator… died and rose
         again…  Lovely story… Poetic … helps comfort us in trouble …
         Still just a story … not unlike myth of Isis, Gilgamesh, … (see Joseph Campbell)

Emily:  The professor is correct – I believe in mythology. With one clarification: in one place
         and time the story of a sacrificial hero actually came, real God became a real person
         in real time and place. …. Lived beautifully, died sacrificially for our sin before a holy
         judge, and rose victorious over sin and death.  It's what CS Lewis called, "God's myth,"
         meaning, God made it up and became this.  The actual Author entered the actual Story.

         The Gospel is not only God's Story.  It is the world's greatest, and truest, <u>romance</u>. What
         our hearts have longed for before we stopped listening to our hearts, and to sound reason.
         The heart's longing for deepest love.  Heroism, sacrifice, love, intimacy (pause) forever.

         [longer: CS Lewis and JRR Tolkien best friends.  Long walk one night in gardens of
         Oxford, during which Tolkien convinced Lewis that the gospel is "God's myth."   What
         did he mean?.. (name some, Isis…) stories deeply embedded in cultures of world that
         point to a merciful Creator who loves us.  Who
         That the many stories of a loving God who became man to die for us, and rise again,
         point to the actual God who actually became man to die for us, whom he loves.  And then
         to be raised from the dead, inviting us into life with him forever. ]

         Professor, if you were a loving God, wouldn't you want to plant that seed of hope in
         every culture, throughout time?

Fade in/out if we haven't in Debate 2:
                 Extant copies of early manuscripts…
                 Reliability of New Testament:  FF Bruce
                 science (knock out of park)
                         Images:
                         DNA,
                         Hubble…
                         Quantum …

Exhibit 1
Page 68

Dark matter and energy …

Prof H:  Evolution … (he mocks young earth creationists ….)

Emily: *I don't know how many days or years.  ….  "day" could mean an "age".  What I do know is that evolution isn't a big enough story for us.  The genome is just a blueprint, doesn't tell us who we are, just what our (chromosomes … )  The scientist who led its mapping came to faith in God.  He said that (get a good quote from francis colins):*

*evolution is about survival … but every culture values sacrifice in its manners, its leaders, its parents, its teachers, its heroes.  Evolution may explain some things, but it can't explain human dignity.  It can't explain love.*

(c's agree on the Who and Why, if not the how and when.  1st things / 2nd things).

Exhibit 1
Page 69

She questions his unstated presuppositions. Pained by his arrogance, and well-educated in history, literature, science and debate, she uses questions.

Back to the truth question.

Prof H:     *Miss Anderson questions my view of truth, Veritas.  (In Philosophy, epistemology is the way in which we know something to be true, real, in alignment with reality as we see it…)*

Emily:      *So could you help us understand your epistemology professor?  How do you know anything at all?*

Prof:       *I watch the global news.  I read.  I think.  I keep up with the times, Miss Anderson. ….* *

Jivan:      *How do <u>you</u> know anything, Miss Anderson … ?*

Emily:      *Curiosity, I try to pay attention to "what simply is" – called revelation,*
*Not just the global news, but what is timeless, true with or without us calling it so.*
*Like the fact of a universe.  It's wild improbability.  15 (19?) universal constants in perfect fine-tuning and harmony.*

           *I see:*
*A universe that, by chance, wouldn't be here.*
*A book unlike any other book*
*A Person unlike any other person…*

           *3 singular Words, in a sense.*
*As if an Author is behind the Play.  An artist.  Super-genius.  Lover….*
*Perhaps it's all too good to be -- false.*

           *Also:*
*experience of love, and reality of moral law I keep bumping into, as if human
           beings have souls, and really matter to Someone.*
*Also, reason, emotion, relationship …*
*I guess I know by trying to be awake, and to fire on all pistons.*

           *Emergence of biological complexity far beyond what anyone would have
           imagined.*
*We really shouldn't be here, at all. …*
*It's a mystery.  And a wonder.  And so I am open to all questions, and possibilities.  That, professor, would be an education.*

           *Condense with:*
*So perhaps ours is really a journey to find the nature of truth,*
*And to learn HOW we find truth – maybe it's not just our reason or virtue,*

Exhibit 1
Page 70

*if so I'd be in big trouble, but perhaps truth,  it, or he, is self-revealing.*
*Perhaps the Author speaks, or writes himself into the Play.*
*And the quieter, humbler, observers will be looking.  Paying attention.*

*Prof:*       *Well, Miss Anderson, people have misused the idea of Truth to do awful things.*
            *We must always question power, since power always corrupts...*

 (maybe this is 2nd debate, when she ramps up)
Emily  :       *Likewise, what did the atheist's idea of "no such thing as true truth" and*
            *moral law, mean for Stalin, who killed sixty million people? Or for Hitler?*

            *What does no absolute Truth, or moral law other than our selves, mean*
            *for slaves in Asian brothels, today, while we philosophize in an ivory tower?*

            *For handicapped adults?*

            *Why is there beauty?*
            *Why is there sacrifice?  goodness?*

Sanctity of life:
Prof H:        *'every child a wanted child, right Emily?"*
 (might avoid the abortion hot potato altogether)

Emily asks:
        *"Or else, what?  It's an incomplete sentence. Ultrasounds show that the child wants to*
            *live.  A wanted child, or else what, professor?  Let's carry out the implications.*

        *Every slave a wanted slave, or else what?*
        *Every elderly handicapped person, wanted?  Or else what?*
        *Where does your "no truth," end?  And how, in your life, did such ideas begin?*

Time dissolve:
Prof. H pulls *DaVinci Code* kinds of "power arguments" about authority, men, Council of Nicea,
etc. (ironic for Prof H to use feminism argument, since Emily recently saw him in curiously close
proximity to a female grad student, either in his office or in his Porsche Carerra, or Jaguar,
though he is married.)

She talks about Jesus loving women.  Fruits of Christianity good/norm, not aberration.

Time dissolve:
Historicity of sacred texts (uniqueness of Bible) See FGBH* p 140, bottom.
Authority and authenticity (higher value on eye-witness and 2nd generation extant fragments...)

Emily: *"Well, Professor, I guess I value blood over ink, meaning, the reports of eye-witnesses*
            *who knew they'd die for their words.  But they still couldn't keep quiet about what they*

Exhibit 1
Page 71

*saw, his life of love, healing, his brutal public death, his bodily resurrection in the weeks that followed.*
*A bit more compelling, wouldn't you agree, than writings of people who were trying to say something new to get published, or get tenure, 2,000 years later?*

Time dissolve:
Archaeology …
Emily: *"Twenty years ago, archaeologists laughed at the Biblical stories of a Hittite culture. Today, no one doubts its existence. In the field, they use Ground Penetrating Radar, and a Bible, to find what they are looking for. (she cuts to photo) Tel Jezreel, for example..."*
(fade out)…

Increase of admiring students.  One says to another:
*Whatever drug she's on, I want it.*

Exhibit 1
Page 72

Hypocrisy, the rematch (dialogue ideas only)

Q:      Religious hypocrisy?

H:      Christian subjugation of women …  (his wife looks pained)
        Wars / Crusades…

E:      Aberration, not norm.
        Only aberrations make the news. And the history books. Let's consider normal results of
        faith, such as kindness, charity, creativity, millions of unsung acts of beauty …

        Let's also consider normal behavior of (secular naturalism):  Stalin, 60 million.
        Auschwitz, Pol Pot's killing fields, Mao Tse Tung…   logical extension of naturalism.

H:      evidence suggests that we're mere matter …

E:      So we're just matter and chemistry?  No soul… ?  (wife. girlfriend, knowing look)
        What's the value of the matter and chemistry of a human being?  Chemists say about ten
        dollars. Add in organs, that's better -- a couple hundred bucks?... (something like this)

        And the point of life? A good time?  And then we die?....

Student question:
        *Hi, I'm Jonathan.  I'm thinking, life sucks and then you die, so get all you can, while you
        can, right?  In other words, what hope is there for life beyond death?*

Audience is amused by Jonathan's candor.

H:      *Good question.  Sometimes, if bored, I go home, put on The Grateful Dead, and play
        chess with my computer.  (Wife looks pained, again).  But with scientific progress, I'm
        now considering having my body frozen before I die, while my mind is still strong, and
        being rebooted when cryogenics, neurobiology, and nanotechnology have evolved to
        transplant the mind into a new body.*

Emily:  *Well, so far I've talked about God, but been reluctant to "drop the J word."*
        (She will now have to do it, and also have to make a case for the cultural necessity of it. )

        *There is only one known possibility for the defeat of death, and resurrection of the dead.
        … the resurrection, viewed by several hundred people on fourteen documented (?)
        occassions, of Jesus of Nazareth.*

        Awkward hush.  Rolled eyes.  Smirks …

        She realizes it.  And decides to play large …

        *Professor H, is Harvard dedicated to liberal education?*

Exhibit 1
Page 73

*Is it liberal in the sense of being open to a whole spectrum of thought, questions,ideas and possible answers?*

Prof H:   *"Well, yes, Emily.  But we also are sensitive to the separation of church and state…"*

Emily:   *We're a private college.  And this one, Harvard, like many colleges, is founded "for Christ's glory," later "truth in Christ. " But we're not supposed to say his name?  And that's tolerance? Pluralism?  Intellectual depth and breadth?  Pluralism is more than skin deep.*
*[or,      Not to confuse anyone with the facts, but Harvard was dedicated to him: Veritas, Christo et Ecclessiae.  (or earlier motto, In Christi Gloriam).  We wouldn't be here if not for him. ]*

*So we're tested on ideas of Marx, Derrida, Plato, Freud, feminists and anarchists and terrorists, which is fine, but not Jesus, who by any honest measure changed the world?*

*Is it possible that the One were most nervous about, is somehow the answer to our questions?  Is the hope of life <u>before</u> death, as well as <u>after</u>?  It never hurts to ask.  My Iowa homeschool group was more liberal than this.*

*To respond to your question, Robert, neither Harvard nor Yale nor Princeton would even exist, apart from your great question.  Princeton, first the College of New Jersey, was dedicated* Vitam Mortuis Reddo, *I restore life to the dead.  They were banking on Jesus.  So are a lot of smart people.*

H       *At some pt, he'll speak of religious hypocrisy v. the honest materialist…*

H:       *Very poetic of you, Emily;however the honest person faces reality of …*

Emily: *What honest person?*

Pivot: She will have <u>payback info</u> on him, cheating on his wife,
Emily glances at 23-year old grad student in crowd, knowing it's the T.A. he's sleeping with of late.  He'll see her knowing look.  Emily will look at him, at her, at him.  (wife is also there, and realizes what's happening, because she ALSO knows of the affair, but doesn't want her bad marriage and husband to be exposed.  Pins and needles.  )

Prof. H nervously worries Emily will retaliate for his classroom antics when he played with her loss of purity at frat party.  He looks at his wife, then at Emily.  Perspiring.

Emily:          *Okay, let's talk about hypocrisy, Professor.  (nervous pause)*

Emily closes her eyes for flashback, Ruthie to Emily practicing words:

*Word became flesh … full of grace and truth.*
*Echo:  full of grace and truth*

Exhibit 1
Page 74

*grace and truth*

Flashback, Micah to Emily in meadow:

> *you said the beauty gets inside us, Emmie.  When Jesus is inside our heart...*

Though tempted, she chooses mercy.  She will <u>win the Professor by</u> *not* shaming him in return.
She'll not tell but <u>*show*</u> him wisdom/truth/love.  Further, rather than exposing his hypocrisy, she
makes her own (subtle) confession of need for mercy.

> *What qualifies me to be a Christian?  Not virtue.  Not knowledge.  Only my need for a*
> *savior, the Life-giver.*
> (*Problem in world?  I am.  On my own I am empty, sick, and need God.*
> Chesterton here...)

Cut to Sam in last row, work shirt, very proud of her for leading with love, not Prof's shame.

Prof. H's voice wavers.  Looses his arrogant edge.
> *So again, Emily, why Jesus?*

Emily*:*          *Each of us is facing a great battle.  We're made in God's image, beautiful and for*
                      *glory, but we live in a world that assaults our souls every day.  It tells us we're*
                      *only bodies.  Shameful.  Worthless.*

                      *We can barely forgive ourselves, much less one another.*
                      *But someone came to tell us our real story.  To show us our value.*

                      *"His mercy breaks the cycles of vengeance in the world.  He introduces*
                      *tenderness.  Shows us God's face.  Gives us innocence again. Joy. Life now.*
                      *A Story worth living in.  Life forever...that's all"*

H:          For the first time, Prof H seems to be genuinely asking, humbly, on a journey:
                      *Emily, you think whatever, whoever, made the universe, and us, is ...  Good?*

Emily nods:
                      *"Yeah. (pause) I think He hung the moon."  (repeated from before, Sam spoke of God's*
                      *love for Emily, "Maybe God thinks YOU hung the moon, Emmie."*)

Moderator:          "**Closing statements** by both of you.  Prof. H may go first."

H:          He does.  It's a little softer, a bit less sure.  More questions than certainty / truth claims.

Emily: idea: she's created a short video (inc. still images), to music (eg. Peter Mayer's
"Awake"), SHOWING images of the BEAUTY and JOY of faith well lived, from her family
life, mission trips, campus friends, the farm.  Even a shot of Emily and Prof. H looking kindly at
one another…. A bigger Story.  One worth living in.

Exhibit 1
Page 75

Before video:
      Emily asks aud:
            *When you look into the night sky, or the ocean, a mountain valley, what do you see?   (Micah had asked her in meadow, before)*
            *Here's what I'm beginning to see.*

She sits at piano as the video screen is lowered above the stage.  She begins to play, and to sing:
            (Awesome video)
            (resource:  Jennifer/Hubble; apologetics marvels)
            music:  *Awake*, by Peter Mayer.  Or Sarah Groves or Jill

She then reads (as I did at last Harvard VF, and FGBH* p. 194-196) from Isaiah 61:
Emily:        *Jesus unrolled the scroll, and read, "the Spirit of the Lord is upon me, because he anointed me to preach good news to the poor, to bind up the brokenhearted …. "*

        *That's how I know God is real. And his Kingdom is now.*

**Leaving auditorium, behind stage:**

Sophia is waiting for Emily, weeping, looking like a manican thawed and brought to life.
She apologizes and asks if Emily would forgive her.  And become better friends next year.

Leah Hightower, Prof H's wife, approaches Emily, knowingly.  She simply takes her hand and resists the desire of a fierce embrace (of Emily's grace and goodness).

Prof H and Emily (not sure yet, what happens for resolution).  Let's try …

H:     *You believe Jesus is hope of world …. Evil, suffering, death, guilt, shame, sorrow…?*

Emily responds, gently, clearly, smiling kindly:

        *Professor, who else did you have in mind?*

H:     He begins to answer, but instead sighs, and is speechless.  Silence.
      (the Professor was operating on blind faith, and proud, develop this… )

Sam and Mom embrace her.  Daniel from The Ark kisses her on cheek, and hugs her.

School is about out.  She tells Mom that she wants to come home for summer, weed, plant, and help with the farm.  And she'll be back at Harvard next year.  And is thinking of grad school. (foreshadow potential sequel : ).

Emily:      *Oh, and Samuel (pause) I'd like you to meet (pause, smile) my Mom.*

# The End

Exhibit 1
Page 76

**Notes / resources:**



First Veritas Forum, 1992, Harvard Law School



1994 Veritas Forum, Sanders Theater, Memorial Hall, Harvard University

Exhibit 1
Page 77

**Adapted / references:**  *Finding God Beyond Harvard: the Quest for Veritas* (FGBH)

**Request**:  that Michael read ***Finding God Beyond Harvard***

**Question for Michael and Kelly to ponder along the way:**
transparency and strange sense of writing from and about my (Kelly's) life …
Wanting to tell truth of story and yet not sure about it being so close to my story.
I'm not sure what to do with this … your idea of writing from my strengths, voice and
experience:  somehow the treatment / story reads a lot like, well, me.  And the book (FGBH)
which is my life, except Emily is an undergrad, and some circumstantial changes. It raises some
things for and in me (humility? transparency?), and perhaps in relation to friends with Veritas
organization.  We can ponder later and as we go.  I'm not wanting to assert myself, maybe even
wanting to retreat, but so much of me is here.  A book seemed different than a film.  Hmmm. A
longer conversation here.  Shall ponder as we go.

I was asked by a friend:  Is the new story more interesting than a straight screenplay adaptation of
*Finding God Beyond Harvard*?
One thought: I wasn't an undergrad there and am glad to borrow experience for a fictional
protagonist who is younger).  I mostly organized others to speak, though (eg. Chapter 6 "Road
Trip" FGBH) often was the speaker as well.  Emily will speak, primarily, herself.  Stronger to
have a primary protagonist.  (Could show a scene of what Veritas would later become, to connect
more strongly to the book and actual story, with many believing protagonists ("rebels") in many
universities in N. America, Europe, Asia).


**Notes:**

<u>Conv Aug 10 '09</u>

Goal:          Act 1

Notes on Treatment v. 1
Michael:
Very pleased.
We'll refine now.  Might be hardest part now.
By time we get to screenplay, just filling out action and description and dialogue.

First question:  Kelly's life?
          In terms of personal aspects:  My input into Emily:  what you choose to tell, or
publicly tell viewer, is my decision.  I (K) get to decide where to draw the line.  Draw out
what you want, or make up what I want, just needs to be really real. Very personal to
Emily (not nec. To Kelly). For eg. when im drawn to certain things about my life, ask, is
this necessary for Emily, does it drive the story forward.

Title:

Exhibit 1
Page 78

Good, hmmmmm, Good Will Hunting might be too close (same mileu, Cambridge, mentoring, academy)

Veritas, heady, but that's the big question, working title.

　　　　　Within the arguments put forth, it's okay to lose audience, maybe   they'll go look it up later.  More exciting, so long as they und. The drama.

　　　　Fine for the arguments to be heady.  Over our heads.


Now, best to:

　　　No pressure, but let's start seeing scenes, and beats within the scenes.

　　　Alw a reason why we're in a scene,

　　　　　either: driving story fwd,

　　　　　or imp info about a character

Comment [KU1]:

Notes from conversation <u>July 17, 2009</u> w/ Michael

　　　Can email page numbers from FGBH.  Amazing similarities.

　　　Write from your own strengths, experience.

　　　Wants a purer solo voice, so I as primary writer, 80/20 on writing portion.

　　　About right for WGA (writer's guild) which I can join, and should be 2nd screenplay.

　　　Michael uses those guidelines.


120 page script.  Send outline when ready.  I guessed, a few weeks.

Word Doc is fine.  "Final Draft" when get to writing stage.  (industry standard)

Exhibit 1
Page 79

# *Veritas*

## Treatment / Notes (Summer of 2009)

**Genre:**       Young woman coming of age, coming to belief, against all odds.
Finding heart, mind, voice – and the way of true life /  living.
From Creed to Deed / Life.

**Journey:**     Emily fights her true self:  veritas, kingdom, beauty, heart…
And she fights for her generation, and world.

**Themes:**     **David v. Goliath**
Becoming human and alive: hands, head, heart / love
The meek and wise overcoming the proud and powerful.
Goodness.  The power of grace.
Pursuit of true life.
Courage to be who we are.
Question authority / healthy rebellion and non-conformity.
Human value, dignity, and flourishing.  (More than matter … soul)
Mentoring / spiritual parenting, healing and flourishing.

**Potential titles:**
Veritas  (more mysterious, evokes Academy)
Good  (accessible and immediate)
Awake  (accessible, immediate)
Intimate (or Intimacy), from fighting for truth, to finding True Vine
Rebel
Grace
True Vine
True North

Title conversation (email) with design/semiotics friend:
"Good":  goes to God.  "Simplicity is complex and profound.  You are a master at it.  It's natural to you in your heart. This is who you are, kelly, (also veritas) scintillating simplicity that cannot be got around.  that is your brilliance.  The rock -- Peter.  Solid, simplicity, in face of shifting landscape / nature of secular world.  Trust your instinct."

"Veritas" is also a good title, but it might take us more into head/academy; whereas "Good" is about Jesus, God, the heart.  (Veritas more obscure, but also cool mystery … Truth is a Person / True Vine).

**Dialogue in this Treatment:**  Rough, approximate. Paint on canvas.

**Protagonist, plot and thematic Summary**:

**Main character:**    *Emily* (or *Hannah, Emily, soft with gravitas*)

Exhibit 1
Page 80

**Fellow protagonists:** Samuel / Sam
Mother (Naomi or Catherine ) is hurting but wise, and strong (Prov. 31)
Jivan, her cheerful and bright student companion from India
Daniel (Danny) good friend/boy, home or on the farm (frat boy is foil)
Micah, Emily's younger brother and close friend back home on farm

3 elder male figures in her life:
father
Prof Hightower*
Sam

**Antagonists:**    Professor H will use subtle & annoyingly sophisticated language / tactics.
(She'll eventually bring him down to earth, honesty, humility, wonder.)
Roommate, Sophia or Diana.  Sexualized, objectified, no knowledge of
her heart, or Emily's, or God's.  No True North.
Frat boy looking for trophy.

**Emily** is 18-years old, Classically educated and very bright.  She was the Ohio "Homeschool Debate Champion" in areas of Poetics and "Extemporaneous Apologetics." She has left her emotionally wounded mother and younger siblings on a farm to enter a rigorous and secular east coast college (such as Harvard, if we can attain rights. Or, Yale or Princeton.)

She loves literature but plans, in college, to concentrate in Physics because she believes in things she cannot always see, and she wants to find them, and learn to "image them" into sight.  Also, she's intrigued that human beings have only answered about ten (10) of the fifty (50) questions God asked Job.  (eg. "Where does darkness reside?"  … currently a big question in Physics).

Raised in the beauty of rural countryside, and steeped in the Great Books (Austen, Augustine, Aquinas …), she is, above all else, *alive*.
Include elements of Prologue, "A sense of wonder,"
See pages: 13-16* *Finding God Beyond Harvard* (FGBH)
Walden Pond, beauty, adventure.ski trips in Vermont
Farm:  Autumn mountain biking, apple picking …
Summer swims in pond on farm with handicapped kids, laughing
Note:  kids are easier for a young woman to embrace
Heartbreak
SUNY Road Trip, fgbh chapter 6
Red Barn Run, chapter 10
Possible: Cargo jets to universities (flash forward ten years, what Veritas wd become)

Levity and growth:
She is a compelling curiosity in postmodern, secular urban culture.  This will lend itself to some levity as well as character development.  (Beware of stereotyping her as a cheese-eating hayseed Midwesterner, might approach differently – more compelling than awkward).

Exhibit 1
Page 81

Plot:  Through the odd challenge of three debates with an antagonistic professor, Emily will die to her false self, find healing on a farm for handicapped adults (kids?), and grow into her desire to live for her own true self, as well as the wonder and glory of reality / God.  She will drop into 5th gear and fire on all pistons, engaging her mind, heart, hands and voice.   She will rise, and raise in viewers the courage and substance to believe … and to live, fully.

Professor H, a philosopher, pounds against the anvil, and the anvil will wear him down.

Emily's journey—
In any rite of passage we experience a death of sorts, and what / who we call to us, to bring us through to the other side of grace.  Her inner journey is of the greatest interest, and her relationship with the "Sam" character should explicate some of the journey.  With a "Classical / Christian" education, she may have read *Everyman*, *Pilgrim's Progress*, and *Hind's Feet on High Places*, and she is now entering her own fiery trials and slough of despond.  And the greater heights.

Reason (mind) and, in particular, grace (heart) will win the day.  She will win the professor, and our film audience, by grace.

Emily is advocate, wounded healer, injured warrior, for the spiritual majority of young people (and many of us), desiring to live in a Story much larger than our own small lives, including the conquest of evil and fight for the Good.   (Why we love Tolkien's *Fellowship of the Ring*, fighting for the race of men, and the Shire, against all odds).  She will advocate for that which students thought college would teach them, rather than cynicism. She reminds us of our hearts, by who she is: a life-giver, life of the party, who brings others along.


**Orientation to Emily and the story**
Arriving at school, her emotional and spiritual orientation are forgetfulness of the past and enthusiasm (*en-theo*, God within) for the present. Emily wants to put family pain behind her (we later learn her father left mother alone with four children, and her mother may lose the farm). So, arriving at college, having for her whole life associated God with her Dad, she's now a bit unsure about God, Jesus, church, and is, in theory, open to the new, enlightened ways of being and knowing.  More than anything, she wants to live forwardly and fit into her new world.  She's not, after all, "the class Christian."  So, she'll try to lay low as a person of strong convictions. [Note: very important – this is her false self from which she must emerge].

But she is who she is, formed by very good people and good stories and rigorous education (home-schooled through 9th grade, and then a private academy).  She can't run from herself altogether.  And so she becomes clever and subtle in her expressions of faith.  She does not want to be the "class Christian." To affirm God to friends, for example, she might quote Bob Dylan, Bono, or Francis Collins the geneticist, and examples of heroism and order, but not the Bible. [note cleverness and survival v. true emotional honesty].

She humbly assumes that Harvard students are brighter and wiser and more "in the real world" than she, a self-proclaimed "hayseed from Ohio."  But her peculiar innocence, sensibilities and

Exhibit 1
Page 82

acuity will grow on us as we begin to see what she sees, think how she thinks, and feel how she feels.

Appearance and fashion: She's naturally beautiful. She doesn't need make-up (she's too busy to think about it). She pulls her hair back in ten seconds, and is ready to go. (See girl on cover of *Finding God Beyond Harvard*. That's how I see Emily.) She'll pitch her rural clothes for a higher, perhaps retro/classic, and not immodest, style. (Some girls will quietly admire her self-respect and dignity).

Summary:      Emily (or Sarah or Emma)
                   Comes from Midwest / N. European agrarian heritage.
                   Hard work, down-to-earth, present in substance and form.
                   Homeschooled / Classics school.
                   Blue eyes and bright smile sparkle. She is awake.
                   Strong/beautiful externally, but she has no idea. Life more internal.
                   Eldest of five siblings.
                   Strong mind, soft heart.

**Opposition:**
A banal and sexualized roommate, Sophia, and fraternity boy, Rob, seek to "remoralize" the beautiful homeschooled farm girl from the Midwest. She is an oddity to them, and an unwitting indictment. Her depth of perception and acute wakefulness need, for them, to be dulled. They will try.   (Note: Sophia can't understand why the boys are looking at Emily in loose t-shirts, rather than Sophia in tight tank tops and heals.)

As she realizes her ability to see and feel life vividly, and think strongly, she will continue to try to conform externally. This will work for a few weeks, until she can no longer be quiet in the presence of a certain Philosophy professor. By about the third week, she's becoming agitated. Why? She begins to see through his teaching, and also to extrapolate implications.

She'll learn to ask questions and reveal presuppositions. Not until Debate 3 (Act 3) will she wake up and fire on all pistons. She (representing the Gospel) will be the anvil who will wear down the hammer.

**Friendship:**
Others will be attracted to her as to fire, for both warmth and light. Jivan, a cheerful and bright freshman, and Hindu, from Sri Lanka or India, will come alongside her after Philosophy class. He will find her intriguing, and befriend her. Jivan will serve to evoke Emily's thoughts, feelings and personality.

Sam on The Ark farm, will re-father and disciple and encourage her.

**Character and story development:**
From conformity to transformation, from false to true self, her strong integrity and sense of truth and life (v. cynicism) will emerge and flourish. She will ultimately, with the help of Sam, choose to forgive her father, a fraternity boy, and herself. If necessary, she'll also "forgive

Exhibit 1
Page 83

God." (not sure, we don't think "forgive God" as evangelicals, big question, but this might be important *point of entrance* for Emily in processing sorrow and anger, she'll come through knowing that God needs no forgiveness because God didn't make mistakes and is Good. "Forgive God" might help Professor H, and many secular people, who need to learn that it's not actually God's fault but that God loves in the mess of this world.) She'll win the Professor back into life.

**Question to ponder:**
If for a secular film audience, is Emily contending in the three debates for the truth of "Jesus," of "God," of Biblical truth in general, of "faith," of morality, or some combination of the above?  (I see her moving from a fight for Truth, and for who she simply is and *cannot not* be (truth, beauty, goodness), to a yearning for and love of True Life in Christ / and intimacy with God and people).  She will contend for his beauty and glory, in the end.  And for the life of her own heart.

Suggestion:  She begins by fighting for what she knows and who she is.  Who she must be.  For life and meaning.  In Debate 3, when someone asks about hope beyond this life (as well as in this life), she'll make a pluralistic argument for considering Jesus, again.  "The J Word."

Exhibit 1
Page 84

**Prior notes:**
Conv aug 10 '09, 2 hours
Our story:  hoping it's for everyone.  Make both believer and non-believer think.

Industry conversation:
Literary Chaos, Disney, not cheap, don't know yet
Novel done, October – The Silent Gift, deaf/mute boy w/prophetic gift
I'm insecure about not getting employment again
Almost always working
In film world, more of a bottom feeder (budgetary), 4 copies over 10 million copies sold Loves Comes
Softly
If edgier films, hollywood wd have been interested
Hollywood sees The Passion as an enigma
Viewing habits of c's – consume most of same material

If you are a Christian, and make a Christian film, the standards are diff, the audience expects a Christian
film / clean, but then end up preaching to choir

Fireproof anomaly – embraced process of producing it.  They won't hire an actor who isn't a Christian.
It's working.
Michael sees it like going to doctor:  going to best doctor.

Exhibit 1
Page 85

From:      kelly@veritas.org
Subject: Screenplay
Date:      July 17, 2009 10:14:38 AM EDT
To:        kelly@veritas.org

flirting

(worn down by autumn, leaves begin to fall)
Frat party, bad to worse
Wrong boy.
Flashbacks of family pain

Farm / mentor hal holbrook
Later, as she speaks some students in class will begin to straighten up.  A few men will notice her.  One in particular.

Exhibit 1
Page 86

From Michael, August 3 approx:
Kelly, beat sheets come in many shapes and sizes. It's strictly a tool for us and no one else. So, I'm not concerned about length and you can't commit any blunders - no worries. Would love to have it for this weekend if possible :)

Cheers back,
Michael

Beat sheet:  okay to paint what I see, and no more, for now.

Exhibit 1
Page 87

Prior correspondence with Michael:
Process: July 1, 2009 11:15:52 PM EDT

Dear Kelly,

Awesome! This is fantastic news! Okay, I have two items to get off my plate - a spec script that I'm wrapping up this week and my second novel, "The Silent Gift." I just need to go over the galley and should be done by end of next week with both.

I really like the idea of not putting any undo pressure on this project. Not to say we don't work hard, but giving us both room to explore/discover. I think we'll know pretty quickly if our collaboration will work. And as mentioned, let's give each other a guilt-free out if either of us feel it's not working.

Process: First, we'll need to write a thorough treatment.  To do this, we'll begin by sketching out the main beats which will be the framework for our 3 act structure.

Then we'll spend some time chatting, doing homework, etc.

We'll then begin filling in the beats. These beats will become our scenes. We'll do this over and over until we feel confident that everything is in place.

Then we'll go to screenplay. The way I like to collaborate on this is by allowing you to take the first pass then I'll either give notes or I'll take the next pass on that specific scene. We'll continue to do this until we have our first rough draft.

Then we'll allow a handful of people whose opinion we trust to give notes and go at it until we have a solid first draft.

Since we are writing this as a spec, it's entirely up to you if you want to mention it to your agent. If we are blessed to sell the script, we'll be 50/50 partners. [july 17 he suggested I write, 80/20] I would also be attached to produce/direct.

I'm heading for Branson, MO, tomorrow.  My son is at Kanakuk (Christian sport's camp). Feel free to give me a call/email if you want to discuss further. Otherwise, I'll call you at the end of next week.

Grateful too,
Michael


July 14
Good morning, Kelly,

Manuscript...done. Screenplay...done and sent to the head of production for Disney Studios.

In Atlanta right now. Saw Ravi last night where he spoke at a mega church on the power and influence of the media. I, along with another gentleman, participated in a Q&A after his talk.

Exhibit 1
Page 88

Ok- we should get on the phone this week and start discussing story and logistics. I'm pretty wide open so you name the time.

Excited!

ML

Sent via iPhone by AT&T

July 15 kelly wrote:
Great to hear, Michael.  Congratulations on such closure!

Speaking: any time Friday (or Saturday or Monday) is good for me.  Just let me know what's best for you. 614.352.1072, cell.

Making room to create:  So you know, this week I am getting my ducks in a row (trying to to anticipate and pre-arrange cares of the world, work, kids, mother's health needs, etc., for family/friends) -- with my husband's great help -- so that I can be in the writing zone in weeks/months to come.  I'm hoping to have a clear spirit and mind by Friday.  And I'm considering "disappearing" into a quiet place often, with my camera, to envision and write.

I'll be at Harvard in August, and am often on a farm in Ohio, so I'm excited to feel and "see" what in our story comes alive in these places. : )

I do have a few important work trips coming for Veritas / consulting, this Autumn, and also need to attend to some work at home 2 days a week, or so: fyi...
(August 14-19 Boston; Sept 16-21 approx: Scottsdale, AZ;  Oct. 15-18: San Antonio (Laity Lodge) and Oct. 25-31, Maryland; Nov 10-15: New York City, Dallas, Boston).

Even on these trips, I'm hoping to be in the much-desired heart space of screenplay writing.  But most of the time will be about the writing.

Sorry if too much info.  Alas.  Very excited, as well.

Until we speak, shalom,

Kelly

July 15 Michael wrote:
Friday morning at 10am CST. I'll call you at this time unless I hear from you.

ML

On Jun 15, 2009, at 5:57 PM, Michael Landon wrote:

Dear Kelly,

I received your email address through Ravi.

Exhibit 1
Page 89

I'll make this brief. I read your book, "Finding God at Harvard," and was very impressed by your intellectual and narrative skills. I'm contacting you to discuss a film project that is of great interest to me, and hopefully, to you. The story takes place on a college campus where the big questions in life are explored.

Please feel free to call me or if you'd prefer I can call you.

Thanks in advance for allowing me to interrupt your life if even for just a few minutes.

Blessings,

Michael
512.263.4631 office
818.903.7011 cell


On Jun 16, 2009, at 11:07 PM, kelly monroe kullberg <kelly@veritas.org> wrote:

Dear Michael,

What an honor to hear from you.  I'd love to know more of what you're dreaming and I respect your work, and your father's.  I'll be driving most of Friday which could be a good time to connect.  You'll have a captive audience  (yours truly in the car for 500 miles) though I'll be with two friends which is no problem for me re: talking.  Or call anytime next week.  I'll be in the Upper Peninsula of Michigan and should be able to call you back the same day.

Blessings back to you, Michael,

Kelly
My cell is 614.352.1072.

Kelly Monroe Kullberg
www.veritas.org
Finding God Beyond Harvard: the Quest for Veritas
Finding God at Harvard: Spiritual Journeys of Thinking Christians
A Faith and Cultural Devotional: Daily Readings in Art, Science and Life


On Jun 17, 2009, at 11:27 AM, Michael landon <michaelljr@sbcglobal.net> wrote:


Good morning, Kelly,

Exhibit 1
Page 90

The honor is all mine.

3 women - 500 miles - enclosed space- amount of words spoken? Countless.

I'll call you Friday. Hopefully, my dream will become yours as well.

Looking forward!

Michael

Sent via iPhone by AT&T

On Jun 24, 2009, at 9:25 AM, Kelly Monroe Kullberg <kelly@veritas.org> wrote:
Dear Michael,
Just a note to say that I find myself daydreaming about the story, and hope to continue in the direction of a solid "yes" before long.  I'll need to rearrange a few things to make space and time, but am optimistic and excited to give it my best by God's grace.

Warn greetings from the pristine waters and woods of N. Michigan.
Kelly
Sent from my iPhone

On Jun 25, 2009, at 10:36 AM, Michael landon wrote:
Dear Kelly,
Daydreaming - that's where it starts. I'll pray that everything falls into place so as to clear a wide swath for our project.

Smoldering hot greetings from triple digit Austin:)

Michael

July 1,
Dear Michael,

Hi and "yes" ... I'd like to begin and commit time this summer (likely beyond if you think there's any hope for my ability) to collaborate with you on the screenplay.

Do you have a suggested process?  Preferences in terms of what you'd like to see, when?

Unless you have another idea in mind, I could prepare for collaboration by first spending some time alone, "sketching" and writing.  Then I'd hopefully bring to the party a treatment idea and samples of writing for you to consider by August or September.  But I'm open to whatever process you suggest.

Exhibit 1
Page 91

A few internal ponderings:  (sorry if formatting doesn't come through well)

     1. Clearing time: weaving of other work (Veritas consultant, a few trips, etc.) but shall do my best.
          Summer is slower.  Fortunately kids are just now out of high school.
          (Michelle is about to be a freshman at Miami University (of Ohio).  Kindred story.  Grist for the mill : )

          Fun note:
          My favorite quiet getaway is a dear friend's L'arche-like horse farm where we muck stalls, ride, cut wood ...
          It's near Columbus, and open to wounded animals and people.  Autistic kids in particular.  It's where I'll
          likely be working on this story, unless you have something else in mind.

     2. Do I mention this to my writing agent, or is it entirely speculative.

     3. What does Michael hope for in terms of process and content.  You mentioned a treatment and writing sample.

Thank you for the opportunity.  I realize this is speculative, which to me sounds like less pressure and more fun along the way.

I hope you and yours are very well in the floral hills of Texas.
Gratefully,
Kelly

Dear Kelly,

Awesome! This is fantastic news! Okay, I have two items to get off my plate - a spec script that I'm wrapping up this week and my second novel, "The S: Gift." I just need to go over the galley and should be done by end of next week with both.

I really like the idea of not putting any undo pressure on this project. Not to say we don't work hard, but giving us both room to explore/discover. I think know pretty quickly if our collaboration will work. And as mentioned, let's give each other a guilt-free out if either of us feel it's not working.

Process: First, we'll need to write a thorough treatment.  To do this, we'll begin by sketching out the main beats which will be the framework for our 3 ac structure. Then we'll spend some time chatting, doing homework, etc. We'll then begin filling in the beats. These beats will become our scenes. We'll do t over and over until we feel confident that everything is in place. Then we'll go to screenplay. The way I like to collaborate on this is by allowing you to ta first pass then I'll either give notes or I'll take the next pass on that specific scene. We'll continue to do this until we have our first rough draft. Then we'll handful of people whose opinion we trust to give notes and go at it until we have a solid first draft.

Since we are writing this as a spec, it's entirely up to you if you want to mention it to your agent. If we are blessed to sell the script, we'll be 50/50 partne would also be attached to produce/direct.

I'm heading for Branson, MO, tomorrow.  My son is at Kanakuk (Christian sport's camp). Feel free to give me a call/email if you want to discuss further. Otherwise, I'll call you at the end of next week.

Grateful too,

Michael
--- On Wed, 7/1/09, kelly monroe kullberg <kelly@veritas.org> wrote:

From: kelly monroe kullberg <kelly@veritas.org>
Subject: Kelly is game / Re: Michael Landon, Jr. here
To: "Michael landon" <michaelljr@sbcglobal.net>
Date: Wednesday, July 1, 2009, 9:34 PM

Exhibit 1
Page 92

Dear Michael,

Hi and "yes" ... I'd like to begin and commit time this summer (likely beyond if you think there's any hope for my ability) to collaborate with you on the screenplay.

Do you have a suggested process?  Preferences in terms of what you'd like to see, when?

Unless you have another idea in mind, I could prepare for collaboration by first spending some time alone, "sketching" and writing.  Then I'd hopefully b the party a treatment idea and samples of writing for you to consider by August or September.  But I'm open to whatever process you suggest.

A few internal ponderings:  (sorry if formatting doesn't come through well)

    1. Clearing time: weaving of other work (Veritas consultant, a few trips, etc.) but shall do my best.
        Summer is slower.  Fortunately kids are just now out of high school.
        (Michelle is about to be a freshman at Miami University (of Ohio).  Kindred story. Grist for the mill : )

        Fun note:
        My favorite quiet getaway is a dear friend's L'arche-like horse farm where we muck stalls, ride, cut wood ...
            It's near Columbus, and open to wounded animals and people.  Autistic kids in particular.  It's where I'll
            likely be working on this story, unless you have something else in mind.

    2. Do I mention this to my writing agent, or is it entirely speculative.

    3. What does Michael hope for in terms of process and content.  You mentioned a treatment and writing sample.

Thank you for the opportunity.  I realize this is speculative, which to me sounds like less pressure and more fun along the way.

I hope you and yours are very well in the floral hills of Texas.

Gratefully,

Kelly

On Jun 25, 2009, at 10:36 AM, Michael landon wrote:
Dear Kelly,

Daydreaming - that's where it starts. I'll pray that everything falls into place so as to clear a wide swath for our project.

Smoldering hot greetings from triple digit Austin:)

Michael

Sent via iPhone by AT&T

On Jun 24, 2009, at 9:25 AM, Kelly Monroe Kullberg <kelly@veritas.org> wrote:

Dear Michael,
Just a note to say that I find myself daydreaming about the story, and hope to continue in the direction of a solid "yes" before long.  I'll need to rearrange things to make space and time, but am optimistic and excited to give it my best by God's grace.

Warn greetings from the pristine waters and woods of N. Michigan.
Kelly

Sent from my iPhone

On Jun 17, 2009, at 11:27 AM, Michael landon <michaelljr@sbcglobal.net> wrote:

Exhibit 1
Page 93

Good morning, Kelly,

The honor is all mine.

3 women - 500 miles - enclosed space- amount of words spoken? Countless.

I'll call you Friday. Hopefully, my dream will become yours as well.

Looking forward!

Michael

Sent via iPhone by AT&T

On Jun 16, 2009, at 11:07 PM, kelly monroe kullberg <kelly@veritas.org> wrote:


Dear Michael,

What an honor to hear from you.  I'd love to know more of what you're dreaming and I respect your work, and your father's.  I'll be driving most of Frida
could be a good time to connect.  You'll have a captive audience  (yours truly in the car for 500 miles) though I'll be with two friends which is no probler
re: talking.  Or call anytime next week.  I'll be in the Upper Peninsula of Michigan and should be able to call you back the same day.

Blessings back to you, Michael,

Kelly
My cell is 614.352.1072.

Kelly Monroe Kullberg
www.veritas.org
Finding God Beyond Harvard: the Quest for Veritas
Finding God at Harvard: Spiritual Journeys of Thinking Christians
A Faith and Cultural Devotional: Daily Readings in Art, Science and Life


On Jun 15, 2009, at 5:57 PM, Michael Landon wrote:
Dear Kelly,

I received your email address through Ravi.

I'll make this brief. I read your book, "Finding God at Harvard," and was very impressed by your intellectual and narrative skills. I'm contacting you to di
film project that is of great interest to me, and hopefully, to you. The story takes place on a college campus where the big questions in life are explored.

Please feel free to call me or if you'd prefer I can call you.

Thanks in advance for allowing me to interrupt your life if even for just a few minutes.

Blessings,

Michael
512.263.4631 office
818.903.7011 cell

Exhibit 1
Page 94